# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 6/13/2025 |
| Case: 1−25−42346−nhl | Form ID: 273 | Total: 4 |

**Recipients of Notice of Electronic Filing:**
ust      Office of the United States Trustee      USTPRegion02.BR.ECF@usdoj.gov
tr      Krista M Preuss      info@ch13edny.com
aty      Adam C Gomerman      adam@longislandlaws.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Misba Abdin      8910 158th Avenue      Howard Beach, NY 11414

TOTAL: 1