# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:

                                                           Case No.      1-25-42346-nhl

Misba Abdin                                            Chapter       13

                                Debtors.
-------------------------------------------------------X

## ORDER GRANTING RELIEF
## FROM THE AUTOMATIC STAY

On July 31, 2025, the Motion (the "Motion") of NSL Special Assets LLC ("Movant"), dated June 18, 2025 came before the Court, for relief from the automatic stay with respect to the collateral known 89-10 158th Avenue a/k/a 8910 158th Avenue, Howard Beach, New York 11414 and 158th Avenue, Howard Beach, New York 11414 (the "Collateral"). Proper notice of the hearing has been provided. This Court, having considered the evidence presented and the arguments of the parties, and with good cause appearing therefor, it is hereby

**ORDERED**, that the automatic stay in effect pursuant to 11 U.S.C. § 362(a), is hereby terminated pursuant to 11 U.S.C. Section 362(d)(1) as to Movant, its agents, assigns or successors in interest, so that Movant, its agents, assigns or successors in interest, may take any and all action under applicable state law to exercise its remedies against the Collateral; and it is further

**ORDERED**, that relief from the Co-Debtor stay is hereby terminated as it applies to Farida Yeasmin and Shopno I, LLC pursuant to Federal Bankruptcy Procedure Rule 4001 and 11 U.S.C. §1301; and it is further

**ORDERED**, within thirty (30) days of any sale or disposition of the Collateral, the Movant shall serve a copy of the report of sale or disposition of the Collateral on the above-captioned debtor, debtor's counsel, and the case trustee. Any surplus proceeds realized from the sale or other disposition of the Collateral shall be remitted to the case trustee.