## BALLOON MORTGAGE RIDER

Rider to Mortgage dated October 3, 2022, by and between MW LENDING LLC, a New York limited liability company, having an office at 6800 Jericho Turnpike, Suite 212E, Syosset, New York 11791, (the "Lender") and SHOPNO I, LLC, a New York limited liability company, having offices c/o Misba Abdin at 106-38 75th Street, Ozone Park, New York 11417 (the "Borrower").

THIS LOAN HAS A BALLOON PAYMENT DUE ON THE MATURITY DATE, OCTOBER 1, 2023 (EXCEPT FOR THAT OPTION TO EXTEND LOAN AS PROVIDED IN THE MORTGAGE NOTE). ON THE MATURITY DATE, YOU MUST REPAY THE ENTIRE OUTSTANDING PRINCIPAL BALANCE OF THE LOAN AND UNPAID INTEREST THEN DUE. THE LENDER IS UNDER NO OBLIGATION TO REFINANCE THE LOAN AT THAT TIME. YOU WILL, THEREFORE, BE REQUIRED TO MAKE PAYMENTS OUT OF OTHER ASSETS THAT YOU MAY OWN, OR WILL HAVE TO FIND ANOTHER LENDER, WHICH LENDER MAY OR MAY NOT BE WILLING TO LEND YOU THE MONEY. IF YOU REFINANCE THIS LOAN AT MATURITY, YOU MAY HAVE TO PAY SOME OR ALL THE CLOSING COSTS NORMALLY ASSOCIATED WITH A NEW LOAN EVEN IF YOU OBTAIN REFINANCING FROM THE SAME LENDER.

I/we have read the above paragraph and understand and consent to its contents.

SHOPNO I, LLC, a New York limited liability company

By: _____

Misba Abdin, Managing Member

STATE OF NEW YORK
COUNTY OF NASSAU

On the 3rd day of October, 2022, before me, the undersigned, a Notary Public in the State of New York, personally appeared Misba Abdin, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, that by his/her signature on the instrument, the individual or the person upon behalf of which the individual acted, executed the instrument.

(SEAL)

Notary Public

Annmarie Gannon Smith
Notary Public, State of New York
No. _____
Qualified in Suffolk County
Commission Expires September 5, 202_

7

SCHEDULE A (Legal Description)



Title Number:

ALL that certain plot, piece or parcel of land, situate, lying and being in the Borough and County of Queens, City and State of New York, bounded and described as follows:

BEGINNING at a point on the southerly side of 158th Avenue (Dunham Avenue) distant 60 feet easterly from the corner formed by the intersection of the said southerly side of 158th Avenue with the easterly side of 89th Street;

RUNNING THENCE southerly parallel with 89th Street, 100.00 feet;

THENCE easterly parallel with 158th Avenue, 80.00 feet;

THENCE northerly and again parallel with 89th Street, 100.00 feet to the said southerly side of 158th Avenue; and

THENCE westerly along the said southerly side of 158th Avenue, 80.00 feet to the point or place of BEGINNING.

# MORTGAGE

---

## SHOPNO I, LLC

TO

## MW LENDING LLC

---

Parcel:
Section:
Block:        13988
Lot:          4 and 7
County:       QUEENS

Street Address:

89-10 158th Avenue, Queens, New York 11414

Title Abstract Company: 
Title Number:
Title Insurance Company:

## RECORD AND RETURN TO:

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER<br><br>This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | <br>2022100500755003001E1BBC |
|---|---|

| RECORDING AND ENDORSEMENT COVER PAGE | | PAGE 1 OF 9 |
|---|---|---|
| Document ID: 2022100500755003 | Document Date: 10-03-2022 | Preparation Date: 10-05-2022 |
| Document Type: ASSIGNMENT, MORTGAGE | | |
| Document Page Count: 6 | | |

| PRESENTER: | RETURN TO: |
|---|---|
| REGAL TITLE AGENCY (PICK-UP)<br>AS AGENTS FOR FIRST AMERICAN TITLE INSURANCE<br>90 BROAD STREET, 18TH FLOOR<br>NEW YORK, NY 10004<br>212-269-5900 | OMNI TITLE AGENCY<br>6800 JERICHO TURNPIKE, SUITE 212E<br>SYOSSET, NY 11791<br>RT-47180 |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| QUEENS | 13988 | 4 | Entire Lot | 89-10 158TH AVENUE |
| Property Type: DWELLING ONLY - 1 FAMILY | | | | |

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| QUEENS | 13988 | 7 | Entire Lot | N/A 158TH AVENUE |
| Property Type: GARAGE, 1 OR 2 FAMILY ONLY | | | | |

### CROSS REFERENCE DATA

Document ID:    2022100500755002

### PARTIES

| ASSIGNOR/OLD LENDER: | ASSIGNEE/NEW LENDER: |
|---|---|
| MW LENDING LLC<br>A NEW YORK LIMITED LIABILITY COMPANY, 6800 JERICHO TURNPIKE, SUITE 212E<br>SYOSSET, NY 11791 | CARLA VICARI<br>89-10 158TH AVENUE<br>HOWARD BEACH, NY 00000 |

☒ Additional Parties Listed on Continuation Page

### FEES AND TAXES

| Mortgage : | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | | $ 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | | $ 0.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | | $ 0.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 70.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

RECORDED OR FILED IN THE OFFICE
OF THE CITY REGISTER OF THE
CITY OF NEW YORK
Recorded/Filed        10-06-2022 11:48
City Register File No.(CRFN):
2022000383382

*Annette M Hill*

*City Register Official Signature*



NYC DEPARTMENT OF FINANCE
OFFICE OF THE CITY REGISTER

2022100500755003001C193C

| RECORDING AND ENDORSEMENT COVER PAGE (CONTINUATION) | | PAGE 2 OF 9 |
|---|---|---|
| Document ID: 2022100500755003 | Document Date: 10-03-2022 | Preparation Date: 10-05-2022 |
| Document Type: ASSIGNMENT, MORTGAGE | | |

## PARTIES

ASSIGNEE/NEW LENDER:
CORMENENTERPRISEI LLC
89-10 158TH AVENUE
HOWARD BEACH, NY 00000

ASSIGNEE/NEW LENDER:
CRAIG J. MONTALBANO
89-10 158TH AVENUE
HOWARD BEACH, NY 00000

ASSIGNEE/NEW LENDER:
DAVID FUNT MD
89-10 158TH AVENUE
HOWARD BEACH, NY 00000

ASSIGNEE/NEW LENDER:
DENNIS SCHWEBER
89-10 158TH AVENUE
HOWARD BEACH, NY 00000

ASSIGNEE/NEW LENDER:
DWYN L. CONWAY
89-10 158TH AVENUE
HOWARD BEACH, NY 00000

ASSIGNEE/NEW LENDER:
EQUITY TRUST COMPANY, CUSTODIAN FBO
BERNARD ROSENBLUM IRA, 89-10 158TH AVENUE
HOWARD BEACH, NY 00000

ASSIGNEE/NEW LENDER:
GARY RONES
89-10 158TH AVENUE
HOWARD BEACH, NY 00000

ASSIGNEE/NEW LENDER:
GERTRUDE SUSSMAN
89-10 158TH AVENUE
HOWARD BEACH, NY 00000

ASSIGNEE/NEW LENDER:
JACOB KRAVEL
89-10 158TH AVENUE
HOWARD BEACH, NY 00000

ASSIGNEE/NEW LENDER:
JODY RONES
89-10 158TH AVENUE
HOWARD BEACH, NY 00000

ASSIGNEE/NEW LENDER:
LAURENCE MASCERA
89-10 158TH AVENUE
HOWARD BEACH, NY 00000

ASSIGNEE/NEW LENDER:
LAWRENCE M. WILENS
89-10 158TH AVENUE
HOWARD BEACH, NY 00000

ASSIGNEE/NEW LENDER:
MANFRED M. ENDZWEIG
89-10 158TH AVENUE
HOWARD BEACH, NY 00000

ASSIGNEE/NEW LENDER:
OSHRIA ENDZWEIG
89-10 158TH AVENUE
HOWARD BEACH, NY 00000

ASSIGNEE/NEW LENDER:
MARK WITTENSTEIN
89-10 158TH AVENUE
HOWARD BEACH, NY 00000

ASSIGNEE/NEW LENDER:
MICHAEL SUSSMAN
89-10 158TH AVENUE
HOWARD BEACH, NY 00000

NYC DEPARTMENT OF FINANCE
OFFICE OF THE CITY REGISTER



2022100500755003001C193C

| RECORDING AND ENDORSEMENT COVER PAGE (CONTINUATION) | PAGE 3 OF 9 |
|---|---|

Document ID: 2022100500755003     Document Date: 10-03-2022     Preparation Date: 10-05-2022
Document Type: ASSIGNMENT, MORTGAGE

## PARTIES

**ASSIGNEE/NEW LENDER:**
MONTE VENTURES, LLC
89-10 158TH AVENUE
HOWARD BEACH, NY 00000

**ASSIGNEE/NEW LENDER:**
PHILIP GROSSMAN
89-10 158TH AVENUE
HOWARD BEACH, NY 00000

**ASSIGNEE/NEW LENDER:**
RONNI BERGER
89-10 158TH AVENUE
HOWARD BEACH, NY 00000

**ASSIGNEE/NEW LENDER:**
SONDRA BERMAN
89-10 158TH AVENUE
HOWARD BEACH, NY 00000

**ASSIGNEE/NEW LENDER:**
STEPHEN SCHWEBER
89-10 158TH AVENUE
HOWARD BEACH, NY 00000

**ASSIGNEE/NEW LENDER:**
TAMER TAMER
89-10 158TH AVENUE
HOWARD BEACH, NY 00000

**ASSIGNEE/NEW LENDER:**
VICTOR CARELLA
89-10 158TH AVENUE
HOWARD BEACH, NY 00000

**ASSIGNEE/NEW LENDER:**
VICTOR CELLI
89-10 158TH AVENUE
HOWARD BEACH, NY 00000

**ASSIGNEE/NEW LENDER:**
YARON ROSENTHAL
89-10 158TH AVENUE
HOWARD BEACH, NY 00000



CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT-THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY

## ASSIGNMENT OF MORTGAGE

KNOW THAT,

MW LENDING LLC, a New York limited liability company, with an office at 6800 Jericho Turnpike, Suite 212E, Syosset, New York 11791 (hereinafter referred to as the "Assignor"), in consideration of **ONE MILLION EIGHT HUNDRED FIFTY THOUSAND AND 00/100 DOLLARS ($1,850,000.00)**, paid

1. Fifty Thousand and 00/100 Dollars ($50,000.00) by CARLA VICARI, an individual residing at 1325 Woodruff Place, Union, New Jersey 07083; and paid

2. One Hundred Fifty Thousand and 00/100 Dollars ($150,000.00) by CORMENENTERPRISEI LLC, a New York limited liability company, with an address c/o Salvatore Mendolia, at 16 Norfolk Road, Great Neck, New York 11020; and paid

3. Fifty Thousand and 00/100 Dollars ($50,000.00) by CRAIG J. MONTALBANO, with an address at 145 St. Nicholas Avenue, Brooklyn, New York 11237; and paid

4. Fifty Thousand and 00/100 Dollars ($50,000.00) DAVID FUNT, MD, an individual residing at 19 Irving Place, Woodmere, NY 11598; and paid

5. Twenty-Five Thousand and 00/100 Dollars ($25,000.00) by DENNIS SCHWEBER, an individual, residing at 1394 South Atlantic Drive, Lantana, Florida 33462-4717; and paid

6. One Hundred Thousand and 00/100 Dollars ($100,000.00) by DWYN L. CONWAY, an individual with an address at 5601 33rd Street, N.W., Washington, D.C. 20015; and paid

7. Fifty Thousand and 00/100 Dollars ($50,000.00) by EQUITY TRUST COMPANY, CUSTODIAN FBO BERNARD ROSENBLUM IRA, with an address at 1 Equity Way, Westlake, Ohio 44145; and paid

8. Fifty Thousand and 00/100 Dollars ($50,000.00) by GARY RONES, an individual, residing at 215 East 68th Street, Apt. 21A, New York, New York 10065; and paid

9. Twenty-Five Thousand and 00/100 Dollars ($25,000.00) by GERTRUDE SUSSMAN, an individual residing at 117 Bakers Farm Circle, Braselton, Georgia 30517; and paid

10. One Hundred Thousand and 00/100 Dollars ($100,000.00) by JACOB KRAVEL, an individual, with an address at 3 South Circle Drive, Great Neck, New York 11021; and paid

11. Fifty Thousand and 00/100 Dollars ($50,000.00) by JODY RONES, an individual, residing at 3 Oriole Place, Rye Brook, New York 10573; and paid

89-10 158TH Avenue, Howard Beach, Queens, New York

12. Fifty Thousand and 00/100 Dollars ($50,000.00) by LAURENCE MASCERA, an individual residing at 8704 Amaretto Avenue, Sarasota, Florida 34238; and paid

13. Fifty Thousand and 00/100 Dollars ($50,000.00) by LAWRENCE M. WILENS, an individual residing at 45 Sutton Place South, Apt 11F, New York, New York 10022; and paid

14. Fifty Thousand and 00/100 Dollars ($50,000.00) by MANFRED M. ENDZWEIG and OSHRIA ENDZWEIG, as Joint Tenants with Rights of Survivorship, having an address at 44 Cocoanut Row, Apt. B524, Palm Beach, FL 33480-4069; and paid

15. Fifty Thousand and 00/100 Dollars ($50,000.00) by MARK WITTENSTEIN, an individual residing at 733 Castlewood Drive, Dresher, Pennsylvania 19025; and paid

16. One Hundred Thousand and 00/100 Dollars ($100,000.00) by MICHAEL SUSSMAN, an individual residing at 2808 Chesterfield Place, Washington, D.C. 20008; and paid

17. Sixty Thousand and 00/100 Dollars ($60,000.00) by MONTE VENTURES, LLC, a Florida limited liability company, having an office c/o Gary Granoff, at 2000 South Ocean Boulevard, Apt. 303N, Palm Beach, Florida 33480; and paid

18. Fifty Thousand and 00/100 Dollars ($50,000.00) PHILIP GROSSMAN, an individual residing at 7230 Winding Bay Lane, West Palm Beach, Florida 33412; and paid

19. Fifteen Thousand and 00/100 Dollars ($15,000.00) by RONNI BERGER, an individual residing at 7102 Rain Forest Drive, Boca Raton, Florida 33434; and paid

20. Fifty Thousand and 00/100 Dollars ($50,000.00) by SONDRA BERMAN, an individual with an address at 2000 Towerside Terrace, Apt 1906, Miami, Florida 33138; and paid

21. One Hundred Thousand and 00/100 Dollars ($100,000.00) by STEPHEN SCHWEBER, an individual with an address at 2508 NW 59th Street, Boca Raton, Florida 33496; and paid

22. Two Hundred Fifty Thousand and 00/100 Dollars ($250,000.00) by TAMER TAMER, an individual residing at 74-18 Penelope Avenue, Middle Village, New York 11379; and paid

23. Sixty-Five Thousand and 00/100 Dollars ($65,000.00) by VICTOR CARELLA, an individual residing at 244 East 3rd Street, #20700, New York, New York 10009; and paid

24. Seventy-Five Thousand and 00/100 Dollars ($75,000.00) by VICTOR CELLI, an individual residing at 7963 68th Road, Middle Village, NY 11379; and paid

25. One Hundred Eighty-Five Thousand and 00/100 Dollars ($185,000.00) by YARON ROSENTHAL 2009 FAMILY TRUST, Richard Kestenbaum, Trustee, with an address c/o Kestenbaum & Mark LLP, at 40 Cutter Mill Road, Great Neck, New York 11021,

HEREBY ASSIGNS UNTO

1. CARLA VICARI, a Two and 70/100 percent (2.70%) ownership interest in the mortgage hereinafter described, and hereby assigns unto

89-10 158TH Avenue, Howard Beach, Queens, New York

2. CORMENENTERPRISEI LLC, a New York limited liability company, an Eight and 11/100 percent (8.11%) ownership interest in the mortgage hereinafter described, and hereby assigns unto

3. CRAIG J. MONTALBANO, a Two and 70/100 percent (2.70%) ownership interest in the mortgage hereinafter described, and hereby assigns unto

4. DAVID FUNT, MD, a Two and 70/100 percent (2.70%) ownership interest in the mortgage hereinafter described, and hereby assigns unto

5. DENNIS SCHWEBER, a One and 35/100 percent (1.35%) ownership interest in the mortgage hereinafter described, and hereby assigns unto

6. DWYN L. CONWAY, a Five and 41/100 percent (5.41%) ownership interest in the mortgage hereinafter described, and hereby assigns unto

7. EQUITY TRUST COMPANY, CUSTODIAN FBO BERNARD ROSENBLUM IRA, an undivided Two and 70/100 percent (2.70%) ownership interest in the mortgage hereinafter described, and hereby assigns unto

8. GARY RONES, a Two and 70/100 percent (2.70%) ownership interest in the mortgage hereinafter described, and hereby assigns unto

9. GERTRUDE SUSSMAN, a One and 35/100 percent (1.35%) ownership interest in the mortgage hereinafter described, and hereby assigns unto

10. JACOB KRAVEL, a Five and 41/100 percent (5.41%) ownership interest in the mortgage hereinafter described, and hereby assigns unto

11. JODY RONES, a Two and 70/100 percent (2.70%) ownership interest in the mortgage hereinafter described, and hereby assigns unto

12. LAURENCE MASCERA, a Two and 70/100 percent (2.70%) ownership interest in the mortgage hereinafter described, and hereby assigns unto

13. LAWRENCE M. WILENS, a Two and 70/100 percent (2.70%) ownership interest in the mortgage hereinafter described, and hereby assigns unto

14. MANFRED M. ENDZWEIG and OSHRIA ENDZWEIG, as Joint Tenants with Rights of Survivorship, a Two and 70/100 percent (2.70%) ownership interest in the mortgage hereinafter described, and hereby assigns unto

15. MARK WITTENSTEIN, a Two and 70/100 percent (2.70%) ownership interest in the mortgage hereinafter described, and hereby assigns unto

16. MICHAEL SUSSMAN, a Five and 41/100 percent (5.41%) ownership interest in the mortgage hereinafter described, and hereby assigns unto

17. MONTE VENTURES, LLC, a Florida limited liability company, a Three and 24/100 percent (3.24%) ownership interest in the mortgage hereinafter described, and hereby assigns unto

89-10 158TH Avenue, Howard Beach, Queens, New York

18. PHILIP GROSSMAN, a Two and 70/100 percent (2.70%) ownership interest in the mortgage hereinafter described, and hereby assigns unto

19. RONNI BERGER, an Eighty-One Hundredths of one percent (0.81%) ownership interest in the mortgage hereinafter described, and hereby assigns unto

20. SONDRA BERMAN, a Two and 70/100 percent (2.70%) ownership interest in the mortgage hereinafter described, and hereby assigns unto

21. STEPHEN SCHWEBER, a Five and 41/100 percent (5.41%) ownership interest in the mortgage hereinafter described, and hereby assigns unto

22. TAMER TAMER, a Thirteen and 52/100 percent (13.52%) ownership interest in the mortgage hereinafter described, and hereby assigns unto

23. VICTOR CARELLA, a Three and 52/100 percent (3.52%) ownership interest in the mortgage hereinafter described, and hereby assigns unto

24. VICTOR CELLI, a Four and 06/100 percent (4.06%) ownership interest in the mortgage hereinafter described, and hereby assigns unto

25. YARON ROSENTHAL 2009 FAMILY TRUST, a Ten and 00/100 percent (10.00%) ownership interest in the mortgage hereinafter described,

**BEING THAT CERTAIN** First Mortgage dated October 3, 2022, made by SHOPNO I, LLC, a New York limited liability company, to MW LENDING, LLC, in the original principal amount of ONE MILLION EIGHT HUNDRED FIFTY THOUSAND AND 00/100 DOLLARS ($1,850,000.00) (the "Mortgage") together with interest on the principal balance from and after October 3, 2022, and which Mortgage secures a certain Mortgage Note dated October 3, 2022, made by SHOPNO I, LLC, a New York limited liability company, to MW LENDING, LLC in the original principal amount of ONE MILLION EIGHT HUNDRED FIFTY THOUSAND AND 00/100 DOLLARS ($1,850,000.00) (the "Mortgage Note"). The Mortgage is about to be recorded in the Office of the City Register, of the City of New York, Queens County, New York, immediately prior in time to the within Assignment of Mortgage, and which Mortgage is a lien on and covers the premises which consists of the following parcel: 1-2 family dwelling known as and by the street address of 89-10 158th Avenue, Howard Beach, Queens, Queens County, State of New York with a tax map designation of Block 13988, Lot 4 and 7, Queens County, State of New York;

TOGETHER with the bond or note or obligation described in said mortgage, and the money due and to grow due thereon with the interest; TO HAVE AND TO HOLD the same unto the assignees, in their respective ownership percentages, and to the successors, legal representatives and assigns of the assignees forever.

AND the assignor covenants that there is now owing upon said advance of principal, without offset or defense of any kind, the principal sum of $1,850,000.00 U.S. Dollars, with interest thereon from October 3, 2022.

This Assignment is subject to a certain servicing agreement between the Assignor and Next Step Lending, LLC, and the Assignees, whereby the Assignor and Next Step Lending, LLC will continue to

89-10 158TH Avenue, Howard Beach, Queens, New York

service the mortgage on behalf of the Assignees subject to the terms and conditions of such agreement. Interest shall accrue to the Assignees commencing on October 3, 2022.

The word "assignor" or "assignee" shall be construed as if it read "assignors" or "assignees" whenever the sense of the instrument so requires.

This Assignment is not subject to the requirements of Section 275 of the Real Property Law because it is an assignment within the secondary mortgage market.

IN WITNESS WHEREOF, the assignor has duly executed this assignment on October 3, 2022.

MW LENDING LLC (Assignor)

By: _____
Michael Weinreb, Authorized Agent

STATE OF NEW YORK
COUNTY OF NASSAU

On October 3, 2022, before me, the undersigned, a Notary Public in the State of New York, personally appeared MICHAEL WEINREB, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, that by his signature on the instrument, the individual or the person upon behalf of which the individual acted, executed the instrument.

Notary Public

Annmarie Gannon Smith
Notary Public, State of New York
No _____
Qualified in Suffolk County
Commission Expires September 5, 2022

(SEAL)

89-10 158TH Avenue, Howard Beach, Queens, New York

ASSIGNMENT OF MORTGAGE

TITLE NO.  RT-47180, Regal Title Agency, as Agent for
First American Title Insurance Company, Policy #_____

MW LENDING LLC

to

CARLA VICARI, as to a 2.70% participation interest
CORMENENTERPRISE1 LLC, as to an 8.11% participation interest
CRAIG J. MONTALBANO, as to a 2.70% participation interest
DAVID FUNT, MD, as to a 2.70% participation interest
DENNIS SCHWEBER, as to a 1.35% participation interest
DWYN L. CONWAY, as to a 5.41% participation interest
EQUITY TRUST COMPANY CUSTODIAN FBO BERNARD ROSENBLUM
    IRA, as to an undivided 2.70% participation interest
GARY RONES, as to a 2.70% participation interest
GERTRUDE SUSSMAN, as to a 1.35% participation interest
JACOB KRAVEL, as to a 5.41% participation interest
JODY RONES, as to a 2.70% participation interest
LAURENCE MASCERA, as to a 2.70% participation interest
LAWRENCE M. WILENS, as to a 2.70% participation interest
MANFRED M. ENDZWEIG and OSHRIA ENDZWEIG, as Joint Tenants with
    Rights of Survivorship, as to a 2.70% participation interest
MARK WITTENSTEIN, as to a 2.70% participation interest
MICHAEL SUSSMAN, as to a 5.41% participation interest
MONTE VENTURES LLC, as to a 3.24% participation interest
PHILIP GROSSMAN, as to a 2.70% participation interest
RONNI BERGER, as to a 0.81% participation interest
SONDRA BERMAN, as to a 2.70% participation interest
STEPHEN SCHWEBER, as to a 5.41% participation interest
TAMER TAMER, as to a 13.52% participation interest
VICTOR CARELLA, as to a 3.52% participation interest
VICTOR CELLI, as to a 4.06% participation interest
YARON ROSENTHAL 2009 FAMILY TRUST, as to a 10.00% participation interest

Parcel:
Block:               13988
Lot:                 4 and 7
County of:           Queens
Street Address:      89-10 158th Avenue, Howard Beach, Queens, New York 11414

RETURN BY MAIL TO:

89-10 158TH Avenue, Howard Beach, Queens, New York

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER<br><br>This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument.The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | <br>2023111600567001003ECA65 |
|---|---|

| RECORDING AND ENDORSEMENT COVER PAGE | | PAGE 1 OF 37 |
|---|---|---|

| **Document ID:** 2023111600567001 | **Document Date:** 11-06-2023 | **Preparation Date:** 11-27-2023 |
|---|---|---|
| **Document Type:** ASSIGNMENT, MORTGAGE | | |
| **Document Page Count:** 34 | | |

| **PRESENTER:** | **RETURN TO:** |
|---|---|
| OMNI TITLE AGENCY<br>6800 JERICHO TURNPIKE, SUITE 212E<br>23Q-6690<br>SYOSSET, NY 11791<br>516-621-1100<br>GIO@OMNITITLE.COM | OMNI TITLE AGENCY<br>6800 JERICHO TURNPIKE, SUITE 212E<br>23Q-6690<br>SYOSSET, NY 11791<br>516-621-1100<br>GIO@OMNITITLE.COM |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| QUEENS | 13988 | 4 | Entire Lot | 89-10 158TH AVENUE |

Property Type: DWELLING ONLY - 1 FAMILY

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| QUEENS | 13988 | 7 | Entire Lot | N/A 158TH AVENUE |

Property Type: GARAGE, 1 OR 2 FAMILY ONLY

### CROSS REFERENCE DATA

CRFN: 2023000292825
☒ Additional Cross References on Continuation Page

### PARTIES

| **ASSIGNOR/OLD LENDER:** | **ASSIGNEE/NEW LENDER:** |
|---|---|
| CARLA VICARI<br>1325 WOODRUFF PLACE<br>UNION, NJ 07083 | NSL SPECIAL ASSETS LLC<br>6800 JERICHO TURNPIKE, STE 212E<br>SYOSSET, NY 11791 |

☒ Additional Parties Listed on Continuation Page

### FEES AND TAXES

| Mortgage : | | | Filing Fee: | | |
|---|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | | $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | | |
| Exemption: | | | | $ | 0.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | | |
| City (Additional): | $ | 0.00 | | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | | | |
| TASF: | $ | 0.00 | | | |
| MTA: | $ | 0.00 | | | |
| NYCTA: | $ | 0.00 | | | |
| Additional MRT: | $ | 0.00 | | | |
| TOTAL: | $ | 0.00 | | | |
| Recording Fee: | $ | 210.00 | | | |
| Affidavit Fee: | $ | 0.00 | | | |

RECORDED OR FILED IN THE OFFICE
OF THE CITY REGISTER OF THE
CITY OF NEW YORK
Recorded/Filed        11-28-2023 10:55
City Register File No.(CRFN):
2023000310128

*City Register Official Signature*



| NYC DEPARTMENT OF FINANCE OFFICE OF THE CITY REGISTER | |
|---|---|
| | 2023111600567001003CC8E5 |

| RECORDING AND ENDORSEMENT COVER PAGE (CONTINUATION) | PAGE 2 OF 37 |
|---|---|
| Document ID: 2023111600567001    Document Date: 11-06-2023 | Preparation Date: 11-27-2023 |
| Document Type: ASSIGNMENT, MORTGAGE | |

**CROSS REFERENCE DATA**
CRFN: 2022000383381
CRFN: 2022000383382

**PARTIES**

**ASSIGNOR/OLD LENDER:**
CORMENENTERPRISEI LLC
C/O SALVATORE MENDOLIA, 16 NORFOLD ROAD
GREAT NECK, NY 11020

**ASSIGNOR/OLD LENDER:**
DAVID FUNT, MD
19 IRVING PLACE
WOODMERE, NY 11598

**ASSIGNOR/OLD LENDER:**
DWYN L. CONWAY
5601 33RD STREET
NW WASHINGTON DC, DC 20015

**ASSIGNOR/OLD LENDER:**
GARY RONES
215 EAST 68TH STREET, APT 21A
NEW YORK, NY 10065

**ASSIGNOR/OLD LENDER:**
JACOB KRAVEL
3 SOUTH CIRCLE DRIVE
GREAT NECK, NY 11021

**ASSIGNOR/OLD LENDER:**
LAURENCE MASCERA
8704 AMARETTO AVENUE
SARASOTA, FL 34238

**ASSIGNOR/OLD LENDER:**
MANFRED M ENDZWEIG AND OSHRIA ENDZWEIG
AS JTWROS
44 COCOANUT ROW, SPT B524
PALM BEACH, NY 33480

**ASSIGNOR/OLD LENDER:**
MICHAEL SUSSMAN
2808 CHESTERFIELD PLACE
WASHINGTON, D.C., NY 20008

**ASSIGNOR/OLD LENDER:**
CRAIG J. MONTALBANO
145 ST. NICHOLAS AVENUE
BROOKLYN, NY 11237

**ASSIGNOR/OLD LENDER:**
DENNIS SCHWEBER
1394 SOUTH ATLANTIC DRIVE
LANTANA, FL 33462

**ASSIGNOR/OLD LENDER:**
EQUITY TRUST COMPANY, CUSTODIAN FBA
BERNARD ROSENB
1 EQUITY WAY
WESTLAKE, OH 44145

**ASSIGNOR/OLD LENDER:**
GERTRUDE SUSSMAN
117 BAKERS FARM CIRCLE
BRASELTON, GA 30517

**ASSIGNOR/OLD LENDER:**
JUDY RONES
3 ORIOLE PLACE
RYE BROOK, NY 10573

**ASSIGNOR/OLD LENDER:**
LAWRENCE M. WILENS
45 SUTTON PLACE SOUTH, APT 11F
NEW YORK, NY 10022

**ASSIGNOR/OLD LENDER:**
MARK WITTENSTEIN
733 CASTLEWOOD DRIVE
DRESHER, PA 19025

**ASSIGNOR/OLD LENDER:**
MONTE VENTURES, LLC
C/O GARY GRANOFF, 2000 SOUTH OCEAN
BOULEVARD, APT 303N
PALM BEACH, FL 33480



NYC DEPARTMENT OF FINANCE
OFFICE OF THE CITY REGISTER

2023111600567001003CC8E5

| RECORDING AND ENDORSEMENT COVER PAGE (CONTINUATION) | | PAGE 3 OF 37 |
|---|---|---|
| Document ID: 2023111600567001 | Document Date: 11-06-2023 | Preparation Date: 11-27-2023 |
| Document Type: ASSIGNMENT, MORTGAGE | | |

### PARTIES

**ASSIGNOR/OLD LENDER:**
PHILIP GROSSMAN
7230 WINDING BAY LANE
WEST PALM BEACH, FL 33412

**ASSIGNOR/OLD LENDER:**
RONNI BERGER
7102 RAIN FOREST DRIVE
BOCA RATON, FL 33434

**ASSIGNOR/OLD LENDER:**
SONDRA BERMAN
2000 TOWNSIDE TERRACE, APT 1906
MIAMI, FL 33138

**ASSIGNOR/OLD LENDER:**
STEVEN SCHWEBER
2508 NW 59TH STREET
BOCA RATON, FL 33496

**ASSIGNOR/OLD LENDER:**
TAMER TAMER
74-18 PENELOPE AVENUE
MIDDLE VILLAGE, NY 11379

**ASSIGNOR/OLD LENDER:**
VICTOR CARELLA
244 EAST 3RD STREET, #20700
NEW YORK, NY 10009

**ASSIGNOR/OLD LENDER:**
VICTOR CELLI
7963 68TH ROAD
MIDDLE VILLAGE, NY 11379

**ASSIGNOR/OLD LENDER:**
YARON ROSENTHAL 2009 FAMILY TRUST, RICHARD
KESTENB
C/O KESTENBAUM & MARK LLP, 40 CUTTER MILL
ROAD

This Correction Assignment of Mortgage is being recorded
to correct an AOM dated 11/6/23 and recorded 11/13/2023 in CRFN
2023000292825 which stated the incorrect % interest of Yaron Rosenthal
2009 Family Trust and spelling of Steven Schweber
                              Correction

Standard N.Y.B.T.U. Form 8022 – Assignment of Mortgage with Covenant – Uniform Acknowledgment
Form 2217

**CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT-THIS INSTRUMENT
SHOULD BE USED BY LAWYERS ONLY**

**KNOW THAT:**

1. CARLA VICARI, an individual residing at 1325 Woodruff Place, Union, New Jersey 07083, as owner of a Two and 70/100 percent (2.70%) ownership interest in the mortgage hereinafter described; and that

2. CORMENENTERPRISEJ LLC, a New York limited liability company, with an address c/o Salvatore Mendolia, at 16 Norfolk Road, Great Neck, New York 11020, as owner of an Eight and 11/100 percent (8.11%) ownership interest in the mortgages hereinafter described; and that

3. CRAIG J. MONTALBANO, an individual with an address at 145 St. Nicholas Avenue, Brooklyn, New York 11237, as owner of a Two and 70/100 percent (2.70%) ownership interest in the mortgage hereinafter described; and that

4. DAVID FUNT, MD, an individual residing at 19 Irving Place, Woodmere, NY 11598, as owner of an Two and 70/100 percent (2.70%) ownership interest in the mortgage hereinafter described; and that

5. DENNIS SCHWEBER, an individual, residing at 1394 South Atlantic Drive, Lantana, Florida 33462-4717, as owner of a One and 35/100 Percent (1.35%) ownership interest in the mortgage hereinafter described; and that

6. DWYN L. CONWAY, an individual with an address at 5601 33rd Street, N.W., Washington, D.C. 20015; as owner of a Five and 41/100 (5.41%) percent ownership interest in the mortgage hereinafter described; and that

7. EQUITY TRUST COMPANY, CUSTODIAN FBO BERNARD ROSENBLUM IRA, with an address at 1 Equity Way, Westlake, Ohio 44145, as owner of an undivided Two and 70/100 Percent (2.70%) ownership interest in the mortgage hereinafter described; and that

8. GARY RONES, an individual, residing at 215 East 68th Street, Apt. 21A, New York, New York 10065, as owner of a Two and 70/100 Percent (2.70%) ownership interest in the mortgage hereinafter described; and that

9. GERTRUDE SUSSMAN, an individual residing at 117 Bakers Farm Circle, Braselton, Georgia 30517, as owner of a One and 35/100 percent (1.35%) ownership interest in the mortgage hereinafter described; and that

10. JACOB KRAVEL, an individual, with an address at 3 South Circle Drive, Great Neck, New York 11021, as owner of a Five and 41/100 Percent (5.41%) ownership interest in the mortgage hereinafter described; and that

11. JODY RONES, an individual with an address at 3 Oriole Place, Rye Brook, New York 10573, as owner of a Two and 70/100 percent (2.70%) ownership interest in the mortgage hereinafter described; and that

89-10 158th Avenue, Queens (Howard Beach), New York

12. LAURENCE MASCERA, an individual residing at 8704 Amaretto Avenue, Sarasota, Florida 34238, as owner of a Two and 70/100 percent (2.70%) ownership interest in the mortgage hereinafter described; and that

13. LAWRENCE M. WILENS, an individual residing at 45 Sutton Place South, Apt 11F, New York, New York 10022, as owner of a Two and 70/100 percent (2.70%) ownership interest in the mortgage hereinafter described; and that

14. MANFRED M. ENDZWEIG and OSHRIA ENDZWEIG, as Joint Tenants with Rights of Survivorship, having an address at 44 Cocoanut Row, Apt. B524, Palm Beach, FL 33480-4069, as owner of a Two and 70/100 percent (2.70%) ownership interest in the mortgage hereinafter described;

15. MARK WITTENSTEIN, an individual residing at 733 Castlewood Drive, Dresher, Pennsylvania 19025, as owner of a Two and 70/100 percent (2.70%) ownership interest in the mortgage hereinafter described; and that

16. MICHAEL SUSSMAN, an individual residing at 2808 Chesterfield Place, Washington, D.C. 20008, as owner of a Five and 41/100 percent (5.41%) ownership interest in the mortgage hereinafter described; and that

17. MONTE VENTURES, LLC, a Florida limited liability company, having an office c/o Gary Granoff, at 2000 South Ocean Boulevard, Apt. 303N, Palm Beach, Florida 33480, as owner of a Three and 24/100 of percent (3.24%) ownership interest in the mortgage hereinafter described; and that

18. PHILIP GROSSMAN, an individual residing at 7230 Winding Bay Lane, West Palm Beach, Florida 33412, as owner of a Two and 70/100 percent (2.70%) ownership interest in the mortgage hereinafter described; and that

19. RONNI BERGER, an individual residing at 7102 Rain Forest Drive, Boca Raton, Florida 33434, as owner of an Eighty-One Hundredths of one percent (0.81%) ownership interest in the mortgage hereinafter described; and that

20. SONDRA BERMAN, with an address at 2000 Towerside Terrace, Apt 1906, Miami, Florida 33138, as owner of a Two and 70/100 Percent (2.70%) ownership interest in the mortgage hereinafter described; and that

21. STEVEN SCHWEBER, an individual with an address at 2508 NW 59th Street, Boca Raton, Florida 33496, as owner of a Five and 41/100 percent (5.41%) ownership interest in the mortgage hereinafter described; and that

22. TAMER TAMER, an individual residing at 74-18 Penelope Avenue, Middle Village, New York 11379, as owner of a Thirteen and 52/100 percent (13.52%) participation ownership interest in the mortgage hereinafter described; and that

23. VICTOR CARELLA, an individual residing at 244 East 3rd Street, #20700, New York, New York 10009, as owner of a Three and 52/100 percent (3.52%) ownership interest in the mortgage hereinafter described; and that

89-10 158th Avenue, Queens (Howard Beach), New York

24. VICTOR CELLI, an individual residing at 7963 68th Road, Middle Village, NY 11379, as owner of a Four and 06/100 percent (4.06%) ownership interest in the mortgage hereinafter described; and that

25. YARON ROSENTHAL 2009 FAMILY TRUST, Richard Kestenbaum, Trustee, with an address c/o Kestenbaum & Mark LLP, at 40 Cutter Mill Road, Great Neck, New York 11021, as owner of a Ten and 00/100 percent (10.00%) ownership interest in the mortgage hereinafter described,

(said parties hereinafter collectively referred to herein as the "Assignor"), in consideration of ONE MILLION EIGHT HUNDRED FIFTY THOUSAND ($1,850,000.00) DOLLARS, and any accrued interest due to the date of this Assignment, paid by NSL SPECIAL ASSETS LLC, having an address at 6800 Jericho Turnpike, Suite 212E, Syosset, New York 11791 (hereinafter referred to as the "Assignee"), hereby assigns unto the Assignee, the following mortgage and mortgage note:

THAT CERTAIN mortgage dated the 3rd day of October, 2022, made by SHOPNO I, LLC, a New York limited liability company, to MW LENDING, LLC, a New York limited liability company in the original principal amount of ONE MILLION EIGHT HUNDRED FIFTY THOUSAND AND 00/100 DOLLARS ($1,850,000.00) (the "Mortgage") together with interest on the principal balance from and after October 3, 2022, which Mortgage was duly recorded in the Office of the City Register of the City of New York on October 6, 2022 as CRFN2022000383381, and which Mortgage secures a certain Mortgage Note dated the 3rd day of October, 2022, made by SHOPNO I, LLC, a New York limited liability company, in the original principal amount of One Million Eight Hundred Fifty Thousand and 00/100 Dollars ($1,850,000.00). MW LENDING, LLC, a New York limited liability company, duly assigned the Mortgage and Mortgage Note to the assignors described hereinabove by an Assignment of Mortgage dated October 3, 2022, which was duly recorded in the Office of the City Register of the City of New York on October 6, 2022, as CRFN2022000383382. The Mortgage is a lien on and covers the premises which consists of a 1-2 family dwelling and is known as and by the street address of 89-10 158th Avenue, Queens (Howard Beach), New York, Queens County, State of New York with a tax map designation of Block 13988, Lot 4 and 7, Queens County, State of New York. It is intended, by this Assignment of Mortgage, that the Mortgage and Mortgage Note be assigned to the assignee named herein.

TOGETHER with the bond or note or obligation described in said mortgages, as consolidated, and the money due and to grow due thereon with the interest; TO HAVE AND TO HOLD the same unto the assignees, in their respective ownership percentages, and to the successors, legal representatives and assigns of the assignees forever.

AND the assignor covenants that there is now owing upon said advance of principal, without offset or defense of any kind, the principal sum of $1,850,000.00 Dollars, with interest thereon from the ____ day of October ____ 20 22. Interest shall accrue to the Assignee beginning on the effective date of this Assignment of Mortgage. The word "assignor" or "assignee" shall be construed as if it read "assignors" or "assignees" whenever the sense of the instrument so requires.

This Assignment is not subject to the requirements of Section 275 of the Real Property Law because it is an assignment within the secondary mortgage market.

This Assignment is made without recourse, warranty or representation of any kind, other than the representation set forth above that the outstanding principal balance on the Mortgage Note secured by the Mortgage is presently $1,850,000.00 with interest having been duly paid through NOVEMBER 6 20 23.

89-10 158th Avenue, Queens (Howard Beach), New York

This Assignment of Mortgage affects property located at 89-10 158ᵗʰ Avenue, Queens (Howard Beach), New York, known on the tax map of Queens County, New York as Block 13988, Lot 4 and 7.

This Assignment of Mortgage is being executed by separate signature pages for each holder of the mortgage, and together they shall constitute one single, integrated document, with each signature page attached hereto.

Dated: as of ___November 6___, 20 23 .

SIGNATURE PAGES FOR THIS ASSIGNMENT OF MORTGAGE, FOR EACH SEPARATE PARTICIPANT HOLDER OF THE MORTGAGE, FOLLOW THIS PAGE AND THE REMAINDER OF THIS          PAGE          IS          INTENTIONALLY          LEFT          BLANK.

SIGNATURE PAGE FOR CARLA VICARI
To satisfy or assign the undersigned's interest in the mortgage and mortgage note in the amount of $1,850,000.00 more fully described in the instrument to which this Signature Page is attached and affecting the property located at 89-10 158th Avenue, Queens (Howard Beach), New York (Block 13988, Lot 4 and 7), Queens County, New York.

The undersigned has executed this instrument to satisfy or assign the undersigned's 2.70% ownership interest in the mortgage and mortgage note in the amount of $1,850,000.00 dated October 3, 2022, as more particularly described in the instrument to which this Signature Page is attached. The undersigned acknowledges and consents to the attachment of this Signature Page to either an Assignment of Mortgage or a Satisfaction of Mortgage, knowing that such attachment is dependent upon the form of the payoff of the undersigned's interest in the mortgage and mortgage note affecting the property located at 89-10 158th Avenue, Queens (Howard Beach), New York (Block 13988, Lot 4 and 7), Queens County, New York.

_____
Carla Vicari

ACKNOWLEDGEMENT TAKEN OUTSIDE OF NEW YORK STATE:

STATE OF NEW JERSEY
COUNTY OF UNION

On the 22 day of _____, 2023 before me, the undersigned, a Notary Public in and for said State, personally appeared CARLA VICARI, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her capacity, and that by her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the document, and that such individual, made such appearance before the undersigned in the Town of Union, State of New Jersey.

_____
Notary Public

(Seal)

CYNTHIA A JEAN-JACQUES
Notary Public - State of New Jersey
My Commission Expires Nov 12, 2024

89-10 158th Avenue, Queens (Howard Beach), New York

SIGNATURE PAGE FOR CORMENENTERPRISEJ LLC

To satisfy or assign the undersigned's interest in the mortgage and mortgage note in the amount of $1,850,000.00 more fully described in the instrument to which this Signature Page is attached and affecting the property located at 89-10 158th Avenue, Queens (Howard Beach), New York (Block 13988, Lot 4 and 7), Queens County, New York.

The undersigned has executed this instrument to satisfy or assign the undersigned's 8.11% ownership interest in the mortgage and mortgage note in the amount of $1,850,000.00 dated October 3, 2022, as more particularly described in the instrument to which this Signature Page is attached. The undersigned acknowledges and consents to the attachment of this Signature Page to either an Assignment of Mortgage or a Satisfaction of Mortgage, knowing that such attachment is dependent upon the form of the payoff of the undersigned's interest in the mortgage and mortgage note affecting the property located at 89-10 158th Avenue, Queens (Howard Beach), New York (Block 13988, Lot 4 and 7), Queens County, New York.

CORMENENTERPRISEJ LLC

By: _____

Michael Weinreb, its Authorized Agent

STATE OF NEW YORK
COUNTY OF NEW YORK

On the 21st day of September, 2023, before me, the undersigned, a Notary Public in the State of New York, personally appeared MICHAEL WEINREB, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, that by his signature on the instrument, the individual or the person upon behalf of which the individual acted, executed the instrument.

_____
Notary Public

(SEAL)

ANNIQUE J. SASAKI
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01SA6941749
Qualified in Suffolk County
Commission Expires May 8, 2026

89-10 158th Avenue, Queens (Howard Beach), New York

## SIGNATURE PAGE FOR CRAIG J. MONTALBANO

To satisfy or assign the undersigned's interest in the mortgage and mortgage note in the amount of $1,850,000.00 more fully described in the instrument to which this Signature Page is attached and affecting the property located at 89-10 158th Avenue, Queens (Howard Beach), New York (Block 13988, Lot 4 and 7), Queens County, New York.

The undersigned has executed this instrument to satisfy or assign the undersigned's 2.70% ownership interest in the mortgage and mortgage note in the amount of $1,850,000.00 dated October 3, 2022, as more particularly described in the instrument to which this Signature Page is attached. The undersigned acknowledges and consents to the attachment of this Signature Page to either an Assignment of Mortgage or a Satisfaction of Mortgage, knowing that such attachment is dependent upon the form of the payoff of the undersigned's interest in the mortgage and mortgage note affecting the property located at 89-10 158th Avenue, Queens (Howard Beach), New York (Block 13988, Lot 4 and 7), Queens County, New York.

Craig J. Montalbano

STATE OF NEW YORK
COUNTY OF KINGS

On the 25TH day of SEPTEMBER, 2023, before me, the undersigned, a Notary Public in and for said State, personally appeared CRAIG J. MONTALBANO, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the document.

Notary Public

(SEAL)

89-10 158th Avenue, Queens (Howard Beach), New York

SIGNATURE PAGE FOR DAVID FUNT, MD
To satisfy or assign the undersigned's interest in the mortgage and mortgage note in the amount of $1,850,000.00 more fully described in the instrument to which this Signature Page is attached and affecting the property located at 89-10 158th Avenue, Queens (Howard Beach), New York (Block 13988, Lot 4 and 7), Queens County, New York.

The undersigned has executed this instrument to satisfy or assign the undersigned's 2.70% ownership interest in the mortgage and mortgage note in the amount of $1,850,000.00 dated October 3, 2022, as more particularly described in the instrument to which this Signature Page is attached. The undersigned acknowledges and consents to the attachment of this Signature Page to either an Assignment of Mortgage or a Satisfaction of Mortgage, knowing that such attachment is dependent upon the form of the payoff of the undersigned's interest in the mortgage and mortgage note affecting the property located at 89-10 158th Avenue, Queens (Howard Beach), New York (Block 13988, Lot 4 and 7), Queens County, New York.

David Funt, MD

STATE OF NEW YORK.
COUNTY OF NASSAU Suffolk.

On the 4th day of November, 2023, before me, the undersigned, a Notary Public in and for said State, personally appeared DAVID FUNT, MD, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the document.

(SEAL)

Notary Public

NOTARY PUBLIC STATE OF NEW YORK
Registration No. 01XX6421
Qualified in Nassau County
Commission Expires September 14, 2026

89-10 158th Avenue, Queens (Howard Beach), New York

## SIGNATURE PAGE FOR DENNIS SCHWEBER

To satisfy or assign the undersigned's interest in the mortgage and mortgage note in the amount of $1,850,000.00 more fully described in the instrument to which this Signature Page is attached and affecting the property located at 89-10 158th Avenue, Queens (Howard Beach), New York (Block 13988, Lot 4 and 7), Queens County, New York.

The undersigned has executed this instrument to satisfy or assign the undersigned's 1.35% ownership interest in the mortgage and mortgage note in the amount of $1,850,000.00 dated October 3, 2022, as more particularly described in the instrument to which this Signature Page is attached. The undersigned acknowledges and consents to the attachment of this Signature Page to either an Assignment of Mortgage or a Satisfaction of Mortgage, knowing that such attachment is dependent upon the form of the payoff of the undersigned's interest in the mortgage and mortgage note affecting the property located at 89-10 158th Avenue, Queens (Howard Beach), New York (Block 13988, Lot 4 and 7), Queens County, New York.



_____
Dennis Schweber

**ACKNOWLEDGEMENT TAKEN OUTSIDE OF NEW YORK STATE:**

STATE of FLORIDA
COUNTY of PALM BEACH

On the _2_ day of _NOVEMBER_, 20_23_, before me, the undersigned, a Notary Public in the State of Florida, personally appeared DENNIS SCHWEBER, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, that by his signature on the instrument, the individual or the person upon behalf of which the individual acted, executed the instrument, and that such individual, made such appearance before the undersigned in the Town of Lantana, State of Florida.

_____
(SEAL)                                                    Notary Public

WINNIE DUFFIN
Notary Public-State of Florida
Commission # HH 305202
My Commission Expires
Oct 20, 2027

89-10 158th Avenue, Queens (Howard Beach), New York

SIGNATURE PAGE FOR DWYN L. CONWAY

To satisfy or assign the undersigned's interest in the mortgage and mortgage note in the amount of $1,850,000.00 more fully described in the instrument to which this Signature Page is attached and affecting the property located at 89-10 158ᵗʰ Avenue, Queens (Howard Beach), New York (Block 13988, Lot 4 and 7), Queens County, New York.

The undersigned has executed this instrument to satisfy or assign the undersigned's 5.41% ownership interest in the mortgage and mortgage note in the amount of $1,850,000.00 dated October 3, 2022, as more particularly described in the instrument to which this Signature Page is attached.  The undersigned acknowledges and consents to the attachment of this Signature Page to either an Assignment of Mortgage or a Satisfaction of Mortgage, knowing that such attachment is dependent upon the form of the payoff of the undersigned's interest in the mortgage and mortgage note affecting the property located at 89-10 158ᵗʰ Avenue, Queens (Howard Beach), New York (Block 13988, Lot 4 and 7), Queens County, New York.


_____
Dwyn L. Conway


**ACKNOWLEDGEMENT TAKEN OUTSIDE OF NEW YORK STATE**

DISTRICT OF COLUMBIA
CITY OF WASHINGTON

On the 2 day of Oct 20 22, before me, the undersigned, a Notary Public in and for the District of Columbia, personally appeared DWYN L. CONWAY, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, that by his signature on the instrument, the individual or the person upon behalf of which the individual acted, executed the instrument, and that such individual, made such appearance before the undersigned in the City of Washington, District of Columbia.


_____
Notary Public

(SEAL)


89-10 158ᵗʰ Avenue, Queens (Howard Beach), New York

SIGNATURE PAGE FOR EQUITY TRUST COMPANY CUSTODIAN FBO BERNARD ROSENBLUM IRA

To satisfy or assign the undersigned's interest in the mortgage and mortgage note in the amount of $1,850,000.00 more fully described in the instrument to which this Signature Page is attached and affecting the property located at 89-10 158th Avenue, Queens (Howard Beach), New York (Block 13988, Lot 4 and 7), Queens County, New York.

The undersigned has executed this instrument to satisfy or assign the undersigned's 2.70% ownership interest in the mortgage and mortgage note in the amount of $1,850,000.00 dated October 3, 2022, as more particularly described in the instrument to which this Signature Page is attached. The undersigned acknowledges and consents to the attachment of this Signature Page to either an Assignment of Mortgage or a Satisfaction of Mortgage, knowing that such attachment is dependent upon the form of the payoff of the undersigned's interest in the mortgage and mortgage note affecting the property located at 89-10 158th Avenue, Queens (Howard Beach), New York (Block 13988, Lot 4 and 7), Queens County, New York.

EQUITY TRUST COMPANY CUSTODIAN FBO
BERNARD ROSENBLUM IRA

By: _____

_____ as
(Print name and title)

Dated: 10 / 7 , 20 22

ACKNOWLEDGEMENT TAKEN OUTSIDE OF NEW YORK STATE:

STATE OF NEW YORK
COUNTY OF NASSAU

On the 7th day of October 20 22, before me, the undersigned, a Notary Public in the State of Florida, personally appeared _____ on behalf of EQUITY TRUST COMPANY CUSTODIAN FBO BERNARD ROSENBLUM IRA, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, that by his/her signature on the instrument, the individual or the person upon behalf of which the individual acted, executed the instrument, executed the instrument, and that such individual, made such appearance before the undersigned in the City of _____ State of New York

_____
Notary Public

(SEAL)

**KENNETH G KRIEGER**
Notary Public - State of New York
No. 01KR4901084
Qualified in Nassau County
My Commission Expires July 27, 2025

89-10 158th Avenue, Queens (Howard Beach), New York

SIGNATURE PAGE FOR GARY RONES
To satisfy or assign the undersigned's interest in the mortgage and mortgage note in the amount of
$1,850,000.00 more fully described in the instrument to which this Signature Page is attached and
affecting the property located at 89-10 158ᵗʰ Avenue, Queens (Howard Beach), New York (Block 13988,
Lot 4 and 7), Queens County, New York.

The undersigned has executed this instrument to satisfy or assign the undersigned's 2.70% ownership interest
in the mortgage and mortgage note in the amount of $1,850,000.00 dated October 3, 2022, as more
particularly described in the instrument to which this Signature Page is attached.   The undersigned
acknowledges and consents to the attachment of this Signature Page to either an Assignment of Mortgage or a
Satisfaction of Mortgage, knowing that such attachment is dependent upon the form of the payoff of the
undersigned's interest in the mortgage and mortgage note affecting the property located at 89-10 158ᵗʰ
Avenue, Queens (Howard Beach), New York (Block 13988, Lot 4 and 7), Queens County, New York.

_____
Gary Rones

STATE OF NEW YORK

COUNTY OF NEW YORK

On the 15th day of _____, 20__, before me, the undersigned, a Notary Public in and for said
State, personally appeared GARY RONES, personally known to me or proved to me on the basis of
satisfactory evidence to be the individual whose name is subscribed to the within instrument and
acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the
individual, or the person upon behalf of which the individual acted, executed the document.

_____
Notary Public

(SEAL)

NOTARY PUBLIC, STATE OF NEW YORK

89-10 158ᵗʰ Avenue, Queens (Howard Beach), New York

SIGNATURE PAGE FOR GERTRUDE SUSSMAN

To satisfy or assign the undersigned's interest in the mortgage and mortgage note in the amount of $1,850,000.00 more fully described in the instrument to which this Signature Page is attached and affecting the property located at 89-10 158th Avenue, Queens (Howard Beach), New York (Block 13988, Lot 4 and 7), Queens County, New York.

The undersigned has executed this instrument to satisfy or assign the undersigned's 1.35% ownership interest in the mortgage and mortgage note in the amount of $1,850,000.00 dated October 3, 2022, as more particularly described in the instrument to which this Signature Page is attached. The undersigned acknowledges and consents to the attachment of this Signature Page to either an Assignment of Mortgage or a Satisfaction of Mortgage, knowing that such attachment is dependent upon the form of the payoff of the undersigned's interest in the mortgage and mortgage note affecting the property located at 89-10 158th Avenue, Queens (Howard Beach), New York (Block 13988, Lot 4 and 7), Queens County, New York.

_____
Gertrude Sussman

ACKNOWLEDGEMENT TAKEN OUTSIDE OF NEW YORK STATE:

STATE OF GEORGIA
COUNTY OF _Gwinnett_

On the 12th day of _October_, 20 22, before me, the undersigned, a Notary Public in and for the State of Georgia, personally appeared GERTRUDE SUSSMAN, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her capacity, that by her signature on the instrument, the individual or the person upon behalf of which the individual acted, executed the instrument, and that such individual made such appearance before the undersigned in the Town of Braselton, County of _____, State of Georgia.

_____
Notary Public

(SEAL)

VANDA PETERS
NOTARY PUBLIC
Gwinnett County
State of Georgia
My Commission Expires July 29, 2024

89-10 158th Avenue, Queens (Howard Beach), New York

SIGNATURE PAGE FOR JACOB KRAVEL.

To satisfy or assign the undersigned's interest in the mortgage and mortgage note in the amount of $1,850,000.00 more fully described in the instrument to which this Signature Page is attached and affecting the property located at 89-10 158th Avenue, Queens (Howard Beach), New York (Block 13988, Lot 4 and 7), Queens County, New York.

The undersigned has executed this instrument to satisfy or assign the undersigned's 5.41% ownership interest in the mortgage and mortgage note in the amount of $1,850,000.00 dated October 3, 2022, as more particularly described in the instrument to which this Signature Page is attached. The undersigned acknowledges and consents to the attachment of this Signature Page to either an Assignment of Mortgage or a Satisfaction of Mortgage, knowing that such attachment is dependent upon the form of the payoff of the undersigned's interest in the mortgage and mortgage note affecting the property located at 89-10 158th Avenue, Queens (Howard Beach), New York (Block 13988, Lot 4 and 7), Queens County, New York.


Jacob Kravel

STATE OF NEW YORK
COUNTY OF NASSAU

On the 6 day of October, 20 22, before me, the undersigned, a Notary Public in and for said State, personally appeared JACOB KRAVEL, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the document.


Notary Public

(SEAL)

ELLIOT S COHEN
NOTARY PUBLIC - STATE OF NEW YORK
No. 01CO6376862
Qualified in Nassau County
Commission Expires June 18, 20 26


89-10 158th Avenue, Queens (Howard Beach), New York

SIGNATURE PAGE TO SATISFY

To satisfy or assign the undersigned's interest in the mortgage and mortgage note in the amount of $1,850,000.00 more fully described in the instrument to which this Signature Page is attached and affecting the property located at 89-10 158TH Avenue, Queens (Howard Beach), New York (Block 13988, Lot 4 and 7), Queens County, New York.

The undersigned has executed this instrument to satisfy or assign the undersigned's 2.70% ownership interest in the mortgage and mortgage note in the amount of $1,850,000.00 dated October 3, 2022, as more particularly described in the instrument to which this Signature Page is attached. The undersigned is executing this instrument to satisfy or assign the undersigned's interest pursuant to the terms of the Satisfaction of Mortgage, knowing that such attachment is dependent upon the form of the payoff of the undersigned's interest in the mortgage and mortgage note affecting the property located at 89-10 158th Avenue, Queens (Howard Beach), New York (Block 13988, Lot 4 and 7), Queens County, New York

Jody Rones

STATE OF NEW YORK
COUNTY OF NEW YORK

On the 1st day of November, 20 23, before me, the undersigned, a Notary Public in and for said State, personally appeared JODY RONES, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the document.

MYRA STEIN
Notary Public, State of New York
No. 02ST6310761
Qualified in Westchester County
Commission Expires September 20, 20__

89-10 158th Avenue, Queens (Howard Beach), New York

SIGNATURE PAGE FOR LAURENCE MASCERA

To satisfy or assign the undersigned's interest in the mortgage and mortgage note in the amount of $1,850,000.00 more fully described in the instrument to which this Signature Page is attached and affecting the property located at 89-10 158th Avenue, Queens (Howard Beach), New York (Block 13988, Lot 4 and 7), Queens County, New York.

The undersigned has executed this instrument to satisfy or assign the undersigned's 2.70% ownership interest in the mortgage and mortgage note in the amount of $1,850,000.00 dated October 3, 2022, as more particularly described in the instrument to which this Signature Page is attached. The undersigned acknowledges and consents to the attachment of this Signature Page to either an Assignment of Mortgage or a Satisfaction of Mortgage, knowing that such attachment is dependent upon the form of the payoff of the undersigned's interest in the mortgage and mortgage note affecting the property located at 89-10 158th Avenue, Queens (Howard Beach), New York (Block 13988, Lot 4 and 7), Queens County, New York.

_____
Laurence/Mascera

ACKNOWLEDGEMENT TAKEN OUTSIDE OF NEW YORK STATE:

STATE OF FLORIDA
COUNTY OF SARASOTA

On the 31st day of _____, 20 8 3, before me, the undersigned, a Notary Public in the State of Florida, personally appeared LAURENCE MASCERA, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, that by his signature on the instrument, the individual or the person upon behalf of which the individual acted, executed the instrument, and that such individual, made such appearance before the undersigned in the Town of Sarasota, State of Florida.

_____
Notary Public

(SEAL)

89-10 158th Avenue, Queens (Howard Beach), New York

SIGNATURE PAGE FOR LAWRENCE M. WILENS

To satisfy or assign the undersigned's interest in the mortgage and mortgage note in the amount of $1,850,000.00 more fully described in the instrument to which this Signature Page is attached and affecting the property located at 89-10 158th Avenue, Queens (Howard Beach), New York (Block 13988, Lot 4 and 7), Queens County, New York.

The undersigned has executed this instrument to satisfy or assign the undersigned's 2.70% ownership interest in the mortgage and mortgage note in the amount of $1,850,000.00 dated October 3, 2022, as more particularly described in the instrument to which this Signature Page is attached. The undersigned acknowledges and consents to the attachment of this Signature Page to either an Assignment of Mortgage or a Satisfaction of Mortgage, knowing that such attachment is dependent upon the form of the payoff of the undersigned's interest in the mortgage and mortgage note affecting the property located at 89-10 158th Avenue, Queens (Howard Beach), New York (Block 13988, Lot 4 and 7), Queens County, New York.

Lawrence M. Wilens

STATE OF NEW YORK
COUNTY OF NEW YORK

On the 1 day of October, 2027 before me, the undersigned, a Notary Public in and for said State, personally appeared LAWRENCE M. WILENS, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the document.

Notary Public

(SEAL)



89-10 158th Avenue, Queens (Howard Beach), New York

SIGNATURE PAGE FOR MANFRED M. ENDZWEIG

To satisfy or assign the undersigned's interest in the mortgage and mortgage note in the amount of $1,850,000.00 more fully described in the instrument to which this Signature Page is attached affecting the property located at 89-10 158th Avenue, Queens (Howard Beach), New York (Block 13988, Lot 4 and 7), Queens County, New York.

The undersigned has executed this instrument to satisfy or assign the undersigned's 2.70% ownership interest in the mortgage and mortgage note in the amount of $1,850,000.00 dated October 3, 2022, as more particularly described in the instrument to which this Signature Page is attached.  The undersigned acknowledges and consents to the attachment of this Signature Page to either an Assignment of Mortgage or a Satisfaction of Mortgage, knowing that such attachment is dependent upon the form of the payoff of the undersigned's interest in the mortgage and mortgage note affecting the property located at 89-10 158th Avenue, Queens (Howard Beach), New York (Block 13988, Lot 4 and 7, Queens County, New York.

_____
Manfred M. Endzweig
(as a Joint Tenant with Rights
of Survivorship with Oshria
Endzweig)

ACKNOWLEDGEMENT TAKEN OUTSIDE OF NEW YORK STATE

STATE OF FLORIDA New York
COUNTY OF PALM BEACH Nassau

On the 29th day of _____, 2023, before me, the undersigned, a Notary Public in and for said State, personally appeared MANFRED M. ENDZWEIG, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the document, and that such individual, made such appearance before the undersigned in the Town of Palm Beach, State of Florida.

_____
Notary Public

(SEAL)

MICHAEL L. STEINREB
Notary Public State of New York
No. 01 S16210621
Qualified in Nassau County
Commission Expires 4/14/2___

89-10 158th Avenue, Queens (Howard Beach), New York

STATE OF NEW YORK,
COUNTY OF NASSAU

On the 3rd day of November, 2023, before me, the undersigned, a Notary Public in and for said State, personally appeared MANFRED M. ENDZWEIG, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the document.

_____
Notary Public

MICHAEL L. WEINREB
Notary Public, State of New York
No. 01WE210421
Qualified in Nassau County
Commission Expires 9/14/20__

SIGNATURE PAGE FOR OSHRIA ENDZWEIG

To satisfy or assign the undersigned's interest in the mortgage and mortgage note in the amount of $1,850,000.00 more fully described in the instrument to which this Signature Page is attached and affecting the property located at 89-10 158th Avenue, Queens (Howard Beach), New York (Block 13988, Lot 4 and 7), Queens County, New York.

The undersigned has executed this instrument to satisfy or assign the undersigned's 2.70% ownership interest in the mortgage and mortgage note in the amount of $1,850,000.00 dated October 3, 2022, as more particularly described in the instrument to which this Signature Page is attached. The undersigned acknowledges and consents to the attachment of this Signature Page to either an Assignment of Mortgage or a Satisfaction of Mortgage, knowing that such attachment is dependent upon the form of the payoff of the undersigned's interest in the mortgage and mortgage note affecting the property located at 89-10 158th Avenue, Queens (Howard Beach), New York (Block 13988, Lot 4 and 7), Queens County, New York.

_____
Oshria Endzweig
(as a Joint Tenant with Rights
of Survivorship with Manfred M.
Endzweig)

ACKNOWLEDGEMENT TAKEN OUTSIDE OF NEW YORK STATE

STATE OF ~~FLORIDA~~ New York
COUNTY OF ~~PALM BEACH~~ Nassau

On the 29th day of December, 2023, before me, the undersigned, a Notary Public in and for said State, personally appeared OSHRIA ENDZWEIG, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her capacity, and that by her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the document, and that such individual, made such appearance before the undersigned in the Town of Palm Beach, State of Florida.

_____
Notary Public

(SEAL)                MICHAEL L WEINREB
                   Notary Public, State of New York
                        No. 01WE6210421
                   Qualified in Nassau County
                   Commission Expires 9/14/20__

89-10 158th Avenue, Queens (Howard Beach), New York

STATE OF NEW YORK,
COUNTY OF NASSAU

On the 3rd day of November, 2023, before me, the undersigned, a Notary Public in and for said State, personally appeared OSHRIA ENDZWEIG, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the document.

Notary Public

SIGNATURE PAGE FOR MARK WITTENSTEIN
To satisfy or assign the undersigned's interest in the mortgage and mortgage note in the amount of
$1,850,000.00 more fully described in the Instrument to which this Signature Page is attached and
affecting the property located at 89-10 158th Avenue, Queens (Howard Beach), New York (Block 13988,
Lot 4 and 7), Queens County, New York.

The undersigned has executed this instrument to satisfy or assign the undersigned's 2.70% ownership interest
in the mortgage and mortgage note in the amount of $1,850,000.00 dated October 3, 2022, as more
particularly described in the instrument to which this Signature Page is attached.  The undersigned
acknowledges and consents to the attachment of this Signature Page to either an Assignment of Mortgage or a
Satisfaction of Mortgage, knowing that such attachment is dependent upon the form of the payoff of the
undersigned's interest in the mortgage and mortgage note affecting the property located at 89-10 158th
Avenue, Queens (Howard Beach), New York (Block 13988, Lot 4 and 7), Queens County, New York.


                                        _____
                                        Mark Wittenstein


**ACKNOWLEDGEMENT TAKEN OUTSIDE OF NEW YORK STATE:**

STATE OF PENNSYLVANIA
COUNTY OF MONTGOMERY

On the 6th day of _October_, 20 22, before me, the undersigned, a Notary Public in and for said
State, personally appeared Mark Wittenstein, personally known to me or proved to me on the basis of
satisfactory evidence to be the individual whose name is subscribed to the within instrument and
acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the
individual, or the person upon behalf of which the individual acted, executed the document, and that such
individual, made such appearance before the undersigned in the City of Dresher, State of Pennsylvania.

| Commonwealth of Pennsylvania - Notary Seal |
| --- |
| Lori B Matis, Notary Public |
| Montgomery County |
| My commission expires April 26, 2025 |
| Commission number 1396453 |

                                        _____
                                        Notary Public

(SEAL)


89-10 158th Avenue, Queens (Howard Beach), New York

**SIGNATURE PAGE FOR MICHAEL SUSSMAN**
To satisfy or assign the undersigned's interest in the mortgage and mortgage note in the amount of $1,850,000.00 more fully described in the instrument to which this Signature Page is attached and affecting the property located at 89-10 158th Avenue, Queens (Howard Beach), New York (Block 13988, Lot 4 and 7), Queens County, New York.

The undersigned has executed this instrument to satisfy or assign the undersigned's 5.41% ownership interest in the mortgage and mortgage note in the amount of $1,850,000.00 dated October 3, 2022, as more particularly described in the instrument to which this Signature Page is attached. The undersigned acknowledges and consents to the attachment of this Signature Page to either an Assignment of Mortgage or a Satisfaction of Mortgage, knowing that such attachment is dependent upon the form of the payoff of the undersigned's interest in the mortgage and mortgage note affecting the property located at 89-10 158th Avenue, Queens (Howard Beach), New York (Block 13988, Lot 4 and 7), Queens County, New York.

Michael Sussman

**ACKNOWLEDGEMENT TAKEN OUTSIDE OF NEW YORK STATE:**

DISTRICT OF COLUMBIA
CITY OF WASHINGTON

On the 31st day of October, 20 22, before me, the undersigned, a Notary Public in and for the District of Columbia, personally appeared MICHAEL SUSSMAN, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, that by his signature on the instrument, the individual or the person upon behalf of which the individual acted, executed the instrument, and that such individual, made such appearance before the undersigned in the City of Washington, District of Columbia.

Notary Public

89-10 158th Avenue, Queens (Howard Beach), New York

SIGNATURE PAGE FOR MONTE VENTURES LLC

To satisfy or assign the undersigned's interest in the mortgage and mortgage note in the amount of $1,850,000.00 more fully described in the instrument to which this Signature Page is attached and affecting the property located at 89-10 158th Avenue, Queens (Howard Beach), New York (Block 13988, Lot 4 and 7), Queens County, New York.

The undersigned has executed this instrument to satisfy or assign the undersigned's 3.24% ownership interest in the mortgage and mortgage note in the amount of $1,850,000.00 dated October 3, 2022, as more particularly described in the instrument to which this Signature Page is attached. The undersigned acknowledges and consents to the attachment of this Signature Page to either an Assignment of Mortgage or a Satisfaction of Mortgage, knowing that such attachment is dependent upon the form of the payoff of the undersigned's interest in the mortgage and mortgage note affecting the property located at 89-10 158th Avenue, Queens (Howard Beach), New York (Block 13988, Lot 4 and 7), Queens County, New York.

MONTE VENTURES LLC

By: _____
Gary C. Granoff, Member


ACKNOWLEDGEMENT TAKEN OUTSIDE OF NEW YORK STATE:

STATE OF FLORIDA
COUNTY OF PALM BEACH

On the 7th day of October , 20 22 , before me, the undersigned, a Notary Public in the State of Florida, personally appeared GARY C. GRANOFF, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, that by his signature on the instrument, the individual or the person upon behalf of which the individual acted, executed the instrument, and that such individual, made such appearance before the undersigned in the Town of Palm Beach, State of Florida.

BRIE HUMMEL
MY COMMISSION # HH 107093
EXPIRES: July 21, 2025
Bonded Thru Notary Public Underwriters

_____
Notary Public

(SEAL)


89-10 158th Avenue, Queens (Howard Beach), New York

SIGNATURE PAGE FOR PHILIP GROSSMAN

To satisfy or assign the undersigned's interest in the mortgage and mortgage note in the amount of $1,850,000.00 more fully described in the instrument to which this Signature Page is attached and affecting the property located at 89-10 158th Avenue, Queens (Howard Beach), New York (Block 13988, Lot 4 and 7), Queens County, New York.

The undersigned has executed this instrument to satisfy or assign the undersigned's 2.70% ownership interest in the mortgage and mortgage note in the amount of $1,850,000.00 dated October 3, 2022, as more particularly described in the instrument to which this Signature Page is attached.  The undersigned acknowledges and consents to the attachment of this Signature Page to either an Assignment of Mortgage or a Satisfaction of Mortgage, knowing that such attachment is dependent upon the form of the payoff of the undersigned's interest in the mortgage and mortgage note affecting the property located at 89-10 158th Avenue, Queens (Howard Beach), New York (Block 13988, Lot 4 and 7), Queens County, New York.

_____
Philip Grossman


ACKNOWLEDGEMENT TAKEN OUTSIDE OF NEW YORK STATE:

STATE OF FLORIDA NY
COUNTY OF PALM BEACH, FL #

On the 2ⁿᵈ day of O _____ , 20 2⟩, before me, the undersigned, a Notary Public in and for the State of Florida, personally appeared PHILIP GROSSMAN, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, that by his signature on the instrument, the individual or the person upon behalf of which the individual acted, executed the instrument, and that such individual, made such appearance before the undersigned in the City of West Palm Beach, County of Palm Beach, State of Florida.

_____
Notary Public

(SEAL)

See attached Acknowlegement

89-10 158th Avenue, Queens (Howard Beach), New York

**ACKNOWLEDGEMENT TAKEN WITHIN NEW YORK STATE**

STATE OF NEW YORK,
COUNTY OF NASSAU

On the 28th day of October, 2023, before me, the undersigned, a Notary Public in and for said State, personally appeared PHILIP GROSSMAN, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the document.

Notary Public

MICHAEL L. WEINREB
Notary Public, State of New York
No. 01WE     0421
Qualified in              unty
Commission Expires

SIGNATURE PAGE FOR RONNI BERGER

To satisfy or assign the undersigned's interest in the mortgage and mortgage note in the amount of
$1,850,000.00 more fully described in the instrument to which this Signature Page is attached and
affecting the property located at 89-10 158th Avenue, Howard Beach, Queens, New York (Block 13988,
Lot 4 and 7), Queens County, New York.

The undersigned has executed this instrument to satisfy or assign the undersigned's 0.81% ownership interest
in the mortgage and mortgage note in the amount of $1,850,000.00 dated September _7th_, 2022, as more
particularly described in the instrument to which this Signature Page is attached. The undersigned
acknowledges and consents to the attachment of this Signature Page to either an Assignment of Mortgage or a
Satisfaction of Mortgage, knowing that such attachment is dependent upon the form of the payoff of the
undersigned's interest in the mortgage and mortgage note affecting the property located at 89-10 158th
Avenue, Howard Beach, Queens (13988, Lot 4 and 7), Queens County, New York.


_____
Ronni Berger

STATE OF NEW YORK
COUNTY OF _____

On the ___ day of _____ 20 22, before me, the undersigned, a Notary Public in and for the
State of New York, personally appeared RONNI BERGER, personally known to me or proved to me on the
basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and
acknowledged to me that she executed the same in her capacity, that by her signature on the instrument, the
individual or the person upon behalf of which the individual acted, executed the instrument.


(SEAL)

_____
Notary Public

Christina Scrobetti
NOTARY PUBLIC, STATE OF NEW YORK
No. 02SC6491767
Qualified Nassau County
Commission Expires    August 26, 2024

89-10 158th Avenue, Howard Beach, Queens, New York

SIGNATURE PAGE FOR SONDRA BERMAN

To satisfy or assign the undersigned's interest in the mortgage and mortgage note in the amount of $1,850,000.00 more fully described in the instrument to which this Signature Page is attached and affecting the property located at 89-10 158th Avenue, Queens (Howard Beach), New York (Block 13988, Lot 4 and 7), Queens County, New York.

The undersigned has executed this instrument to satisfy or assign the undersigned's 2.70% ownership interest in the mortgage and mortgage note in the amount of $1,850,000.00 dated October 3, 2022, as more particularly described in the instrument to which this Signature Page is attached. The undersigned acknowledges and consents to the attachment of this Signature Page to either an Assignment of Mortgage or a Satisfaction of Mortgage, knowing that such attachment is dependent upon the form of the payoff of the undersigned's interest in the mortgage and mortgage note affecting the property located at 89-10 158th Avenue, Queens (Howard Beach), New York (Block 13988, Lot 4 and 7), Queens County, New York.

_____
Sondra Berman

ACKNOWLEDGEMENT TAKEN OUTSIDE OF NEW YORK STATE:

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

On the 7 day of November, 2022, before me, the undersigned, a Notary Public in and for said State, personally appeared SONDRA BERMAN, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her capacity, and that by her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the document, and that such individual, made such appearance before the undersigned in the Town of Miami, State of Florida.

_____
Notary Public

(SEAL)

NICOLE ORTIZ
Notary Public
State of Florida
Comm# HH059953
Expires 6/25/2025

89-10 158th Avenue, Queens (Howard Beach), New York

SIGNATURE PAGE FOR STEPHEN SCHWEBER

To satisfy or assign the undersigned's interest in the mortgage and mortgage note in the amount of $1,850,000.00 more fully described in the instrument to which this Signature Page is attached and affecting the property located at 89-10 158th Avenue, Queens (Howard Beach), New York (Block 13988, Lot 4 and 7), Queens County, New York.

The undersigned has executed this instrument to satisfy or assign the undersigned's 5.41% ownership interest in the mortgage and mortgage note in the amount of $1,850,000.00 dated October 3, 2022, as more particularly described in the instrument to which this Signature Page is attached. The undersigned acknowledges and consents to the attachment of this Signature Page to either an Assignment of Mortgage or a Satisfaction of Mortgage, knowing that such attachment is dependent upon the form of the payoff of the undersigned's interest in the mortgage and mortgage note affecting the property located at 89-10 158th Avenue, Queens (Howard Beach), New York (Block 13988, Lot 4 and 7), Queens County, New York.

Stephen Schweber

ACKNOWLEDGEMENT TAKEN OUTSIDE OF NEW YORK STATE:

STATE OF FLORIDA New York                    STEPHEN SCHWEBER
COUNTY OF PALM BEACH bethlle

On the 18 day of October, 20 22, before me, the undersigned, a Notary Public in and for said State, personally appeared SONDRA HERMAN, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her capacity, and that by her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the document, and that such individual, made such appearance before the undersigned in the Town of Boca Raton, State of Florida.

Notary Public

(SEAL)

JONATHAN LESSER
Notary Public, State of New York
No. 02LE4994556
Qualified in Westchester County
Commission Expires 04/06/20 __

89-10 158th Avenue, Queens (Howard Beach), New York

SIGNATURE PAGE FOR TAMER TAMER

To satisfy or assign the undersigned's interest in the mortgage and mortgage note in the amount of $1,850,000.00 more fully described in the instrument to which this Signature Page is attached and affecting the property located at 89-10 158th Avenue, Queens (Howard Beach), New York (Block 13988, Lot 4 and 7), Queens County, New York.

The undersigned has executed this instrument to satisfy or assign the undersigned's 13.52% ownership interest in the mortgage and mortgage note in the amount of $1,850,000.00 dated October 3, 2022, as more particularly described in the instrument to which this Signature Page is attached. The undersigned acknowledges and consents to the attachment of this Signature Page to either an Assignment of Mortgage or a Satisfaction of Mortgage, knowing that such attachment is dependent upon the form of the payoff of the undersigned's interest in the mortgage and mortgage note affecting the property located at 89-10 158th Avenue, Queens (Howard Beach), New York (Block 13988, Lot 4 and 7), Queens County, New York.

_____
Tamer Tamer

STATE OF NEW YORK,
COUNTY OF QUEENS *Kings*

On the 31 day of _____, 20 23, before me, the undersigned, a Notary Public in and for said State, personally appeared TAMER TAMER, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the document.

_____
Notary Public

MIC___ ___
Notary Public
No. 01___
Quali___
Comm___

MICHAEL L. WEBSTER
Notary Public ___ of ___ New York
No. 01___ ___
Qualified in ___ County ___
Commission ___ 9/___

89-10 158th Avenue, Queens (Howard Beach), New York

SIGNATURE PAGE FOR VICTOR CARELLA
To satisfy or assign the undersigned's interest in the mortgage and mortgage note in the amount of $1,850,000.00 more fully described in the instrument to which this Signature Page is attached and affecting the property located at 89-10 158th Avenue, Queens (Howard Beach), New York (Block 13988, Lot 4 and 7), Queens County, New York.

The undersigned has executed this instrument to satisfy or assign the undersigned's 3.52% ownership interest in the mortgage and mortgage note in the amount of $1,850,000.00 dated October 3, 2022, as more particularly described in the instrument to which this Signature Page is attached. The undersigned acknowledges and consents to the attachment of this Signature Page to either an Assignment of Mortgage or a Satisfaction of Mortgage, knowing that such attachment is dependent upon the form of the payoff of the undersigned's interest in the mortgage and mortgage note affecting the property located at 89-10 158th Avenue, Queens (Howard Beach), New York (Block 13988, Lot 4 and 7), Queens County, New York.

Victor Carella

STATE OF NEW YORK.
COUNTY OF NEW YORK. Westchester

On the 1 LL day of ____, 2022, before me, the undersigned, a Notary Public in and for said State, personally appeared VICTOR CARELLA, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the document.

Notary Public

(SEAL)

89-10 158th Avenue, Queens (Howard Beach), New York

SIGNATURE PAGE FOR VICTOR CELLI

To satisfy or assign the undersigned's interest in the mortgage and mortgage note in the amount of $1,850,000.00 more fully described in the instrument to which this Signature Page is attached and affecting the property located at 89-10 158th Avenue, Queens (Howard Beach), New York (Block 13988, Lot 4 and 7), Queens County, New York.

The undersigned has executed this instrument to satisfy or assign the undersigned's 4.06% ownership interest in the mortgage and mortgage note in the amount of $1,850,000.00 dated October 3, 2022, as more particularly described in the instrument to which this Signature Page is attached. The undersigned acknowledges and consents to the attachment of this Signature Page to either an Assignment of Mortgage or a Satisfaction of Mortgage, knowing that such attachment is dependent upon the form of the payoff of the undersigned's interest in the mortgage and mortgage note affecting the property located at 89-10 158th Avenue, Queens (Howard Beach), New York (Block 13988, Lot 4 and 7), Queens County, New York.

_____
Victor Celli

STATE OF NEW YORK,
COUNTY OF QUEENS

On the 10th day of October, 2023, before me, the undersigned, a Notary Public in and for said State, personally appeared VICTOR CELLI, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the document.

_____
Notary Public

MICHAEL L. WEINREB
Notary Public State of New York
No. 01WE210421
Qualified in Nassau County
Commission Expires 9/14/20___

89-10 158th Avenue, Queens (Howard Beach), New York

SIGNATURE PAGE FOR YARON ROSENTHAL 2009 FAMILY TRUST
To satisfy or assign the undersigned's interest in the mortgage and mortgage note in the amount of
$1,850,000.00 more fully described in the instrument to which this Signature Page is attached and
affecting the property located at 89-10 158th Avenue, Queens (Howard Beach), New York (Block 13988,
Lot 4 and 7), Queens County, New York.

The undersigned has executed this instrument to satisfy or assign the undersigned's 10.00% ownership
interest in the mortgage and mortgage note in the amount of $1,850,000.00 dated October 3, 2022, as more
particularly described in the instrument to which this Signature Page is attached.   The undersigned
acknowledges and consents to the attachment of this Signature Page to either an Assignment of Mortgage or a
Satisfaction of Mortgage, knowing that such attachment is dependent upon the form of the payoff of the
undersigned's interest in the mortgage and mortgage note affecting the property located at 89-10 158th
Avenue, Queens (Howard Beach), New York (Block 13988, Lot 4 and 7), Queens County, New York.


                                        YARON ROSENTHAL 2009 FAMILY TRUST


                                        By: _____
                                            Richard Kestenbaum, Trustee

STATE OF NEW YORK
COUNTY OF NASSAU

On the 11th day of October, 20 22, before me, the undersigned, a Notary Public in and for the
State of New York, personally appeared RICHARD KESTENBAUM, AS TRUSTEE, personally known to
me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the
within instrument and acknowledged to me that he executed the same in his capacity, that by his signature on
the instrument, the individual or the person upon behalf of which the individual acted, executed the
instrument.


(SEAL)

                                        _____
                                        Notary Public

Scott L. Kestenbaum
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01KE6319304
Qualified in New York County
Commission Expires February 17, 20__


                    89-10 158th Avenue, Queens (Howard Beach), New York

## ASSIGNMENT OF MORTGAGE

CARLA VICARI, CORMENENTERPRISEI LLC, CRAIG J. MONTALBANO
DAVID FUNT, MD, DENNIS SCHWEBER, DWYN L. CONWAY,
EQUITY TRUST COMPANY CUSTODIAN FBO BERNARD ROSENBLUM IRA,
GARY RONES, GERTRUDE SUSSMAN, JACOB KRAVEL, JODY RONES,
LAURENCE MASCERA, LAWRENCE M. WILENS,
MANFRED M. ENDZWEIG and OSHRIA ENDZWEIG, as Joint Tenants
with Rights of Survivorship,
MARK WITTENSTEIN, MICHAEL SUSSMAN, MONTE VENTURES LLC,
PHILIP GROSSMAN, RONNI BERGER, SONDRA BERMAN,
STEPHEN SCHWEBER, TAMER TAMER, VICTOR CARELLA,
VICTOR CELLI and YARON ROSENTHAL 2009 FAMILY TRUST

Assignor

to



Assignee

| | Parcel(s) |
|---|---|
| BLOCK: | 13988 |
| LOT: | 4 and 7 |
| COUNTY: | QUEENS |
| PREMISES: | 89-10 158TH AVENUE, HOWARD BEACH (QUEENS), NEW YORK |
| RECORD OWNER: | SHOFNO I, LLC |

Record and Return to:

RESERVE THIS SPACE FOR USE OF RECORDING OFFICE

89-10 158th Avenue, Queens (Howard Beach), New York