UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:

                                                                  Case No.    1-25-42346-nhl

Misba Abdin                                         Chapter     13

                            Debtors.
-------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                  )
COUNTY OF NASSAU    )    ss:

      Lori Borkowski, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and resides in Suffolk County, New York.

      On June 18, 2025, deponent served a true and exact copy of the

- NOTICE OF MOTION FOR AN ORDER TERMINATING THE AUTOMATIC STAY UNDER BANKRUPTCY CODE §362(d)(1) AND MODIFYING CO-DEBTOR STAY UNDER §1301; and

- AFFIRMATION IN SUPPORT OF MOTION FOR AN ORDER TERMINATING THE AUTOMATIC STAY UNDER BANKRUPTCY CODE §362(d)(1) AND MODIFYING THE CO-DEBTOR STAY UNDER BANKRUPTCY CODE §1301 (with exhibits)

by First Class Mail delivery to the addresses listed below, by depositing a true copy of same enclosed in a properly addressed wrapper, in a depository under the exclusive care and custody of the United States Postal Service within the State of New York, said addresses designated for that purpose:

<u>Debtor:</u>
Misba Abdin
8910 158th Avenue
Howard Beach, NY 11414

<u>Non-Filing Co-Debtor</u>
Farida Yeasmin
8910 158th Avenue
Howard Beach, NY 11414

Non-Filing Co-Debtor
Shopno I, LLC
8910 158th Avenue
Howard Beach, NY 11414

Counsel for Debtor:
Adam C Gomerman, Esq.
807 East Jericho Turnpike
Huntington Station, NY 11746

Trustee:
Krista M. Preuss, Chapter 13 Trustee
100 Jericho Quadrangle
Ste 127
Jericho, NY 11753

US Trustee:
Office of the United States Trustee
Eastern District of NY (Brooklyn)
Alexander Hamilton Custom House
One Bowling Green
Room 510
New York, NY 10004-1408

Attn: Capital One Auto Finance, a division of Capital One, N.A. Department
AIS Portfolio Services, LLC
Account: XXXXXXXXX7410
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

_____
Lori Borkowski

Sworn to before me this
18 day of June, 2025

_____
Notary Public

ANDREW DAVID GOLDBERG
NOTARY PUBLIC STATE OF NEW YORK
NASSAU COUNTY
LIC. #02GO6236952
COMM. EXP. 3/14/27