LAW OFFICES OF
*Adam C. Gomerman*

807 E. JERICHO TURNPIKE
HUNTINGTON STATION, NY  11746

(631) 549-1111    FAX # (631) 759-2925

July 24, 2025

Honorable Nancy Hershey Lord
United States Bankruptcy Court
271 Cadman Plaza East
Courtroom 3585
Brooklyn, NY

          **Re:  Misba Abdin**
                **Case #: 25–42346**

Dear Judge Lord:

    I represent the debtor regarding the above captioned chapter 13 case.

    Kindly permit this letter to confirm that the debtor does not object to the pending motion by the Trustee to dismiss this case.

    Thank you very much for your assistance and cooperation in this matter.

                                      Very Truly Yours,

                                      /s Adam C. Gomerman

                                      Adam C. Gomerman, Esq.