# DAVID J. BRODERICK LLC

69-02 AUSTIN STREET, 3RD FLOOR, FOREST HILLS, NY 11375

PHONE: 718-830-0700  FAX: 718-228-4271
EMAIL: BRODERICKLEGAL@GMAIL.COM

July 29th, 2025

VIA NYSCEF
**Hon. Justice Nancy Hershey Lord**
**United States Bankruptcy Court**
**Eastern District of New York**

Re:    Case No.  1-25-42346-nhl

Dear Hon. Justice Nancy Hershey Lord:

Please be advised we have recently been attained to represent Debtor Misba Abdin.

I write on behalf of Attorney David J. Broderick in the above-referenced matter to respectfully request an adjournment of the upcoming Hearing originally set for July 31st, 2025.

We kindly request an adjournment due to a medical emergency. Mr. Broderick went into severe pain a few days ago and has recently undergone emergency surgery at Manhasset Hospital. Given these unforeseen circumstances, Mr. Broderick will be unable to appear for tomorrow's Conference.

We fully recognize the importance of moving this matter forward and sincerely apologize for any inconvenience this request may cause the Court and opposing counsel.

We thank the Court for its attention to this matter. Should You Honor have any questions please feel free to contact our office P (718) 830-0700.

Respectfully Submitted,
**DAVID J. BRODERICK LLC**
/s/ *Amanda Gomes*
*Paralegal*