# DAVID J. BRODERICK LLC

69-02 AUSTIN STREET, 3RD FLOOR, FOREST HILLS, NY 11375

PHONE: 718-830-0700
EMAIL: BRODERICKLEGAL@GMAIL.COM

FAX: 718-228-4271

July 31st, 2025

VIA NYSCEF
**Hon. Justice Nancy Hershey Lord**
**United States Bankruptcy Court**
**Eastern District of New York**

Re:     Case No.  1-25-42346-nhl

Dear Hon. Justice Nancy Hershey Lord:

Please be advised we have recently been attained to represent Debtor Misba Abdin.

I write on behalf of Attorney David J. Broderick in the above-referenced matter pertaining to our adjournment request of the Hearing, originally set for July 31st, 2025.

We thank the Court for its understanding and adjourning the Hearing to the new date of August 13th, 2025, at 9:30am.

We fully recognize the importance of moving this matter forward and thank the Court for its attention to this matter. Should You Honor have any questions please feel free to contact our office P (718) 830-0700.

Respectfully Submitted,
**DAVID J. BRODERICK LLC**
/s/ *Amanda Gomes*
*Paralegal*