|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK<br>---------------------------------------------------------X<br>IN RE:<br><br>MISBA ABDIN,<br><br>                      Debtor.<br>---------------------------------------------------------X | THIS ORDER RELATES TO A<br>HEARING HELD ON<br>AUGUST 13, 2025<br><br>Chapter 13<br>Case No. 125-42346-NHL<br><br>ORDER DISMISSING CASE |

       UPON the July 24, 2025, written application of Krista M. Preuss, Chapter 13 Trustee (the "Trustee"), seeking entry of an Order dismissing this Chapter 13 case pursuant to 11 U.S.C. § 1307(c) and due notice of this application having been given to all necessary parties; and

       WHEREAS, on August 13, 2025, the Trustee appeared in support thereof, David J Broderick, Esq. appeared on behalf of the Debtor, Andrew David Goldberg, Esq. appeared on behalf NSL Special Assets LLC; and

       WHEREAS, the Debtor's counsel indicated that the Debtor has no opposition to the motion to dismiss; it is hereby

       **ORDERED,** that this Chapter 13 case is dismissed pursuant to 11 U.S.C. § 1307(c).



Dated: September 3, 2025
Brooklyn, New York

_____
Nancy Hershey Lord
United States Bankruptcy Judge