| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Misba Abdin | Social Security number or ITIN: xxx−xx−2048 |
| | First Name   Middle Name   Last Name | EIN: _ _−_ _ _ _ _ _ _ |
| Debtor 2: (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: _ _ _ _ <br> EIN: _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Eastern District of New York | Date case filed for chapter: 13   5/15/25 |
| Case number: | 1−25−42346−nhl | |

# NOTICE OF DISMISSAL OF CASE

**NOTICE IS HEREBY GIVEN THAT:**

The above−named debtor(s) having filed a Chapter 13 petition in bankruptcy on May 15, 2025, and an order having been signed by the Honorable Nancy Hershey Lord, United States Bankruptcy Judge, on September 3, 2025 for the dismissal of said petition.

You are notified that the petition of the above−named debtor(s) has been dismissed.

Notice is further given that if there are any outstanding filing fees due, they must be paid in full to the Clerk of Court upon receipt of this notice.

Dated: September 4, 2025

For the Court, Paul Dickson, Clerk of Court

**BLnod.jsp** [Notice of Dismissal rev. 03/07/17]