# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 9/4/2025 |
| Case: 1−25−42346−nhl | Form ID: 227 | Total: 22 |

**Recipients of Notice of Electronic Filing:**
tr      Krista M Preuss      info@ch13edny.com
aty      Adam C Gomerman      adam@longislandlaws.com
aty      David J Broderick      brodericklegal@gmail.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Misba Abdin      8910 158th Avenue      Howard Beach, NY 11414
smg      Office of the United States Trustee      Eastern District of NY (Brooklyn)      Alexander Hamilton Custom House      One Bowling Green, Room 510      New York, NY 10004−1408
10515785      Bank of America, N.A.      PO Box 673033      Dallas, TX 75267−3033
10508454      Capital One Auto Finance      P.O. Box 93016      Long Beach, CA 90809
10513121      Capital One Auto Finance, a division of      AIS Portfolio Services, LLC      4515 N Santa Fe Ave. Dept. APS      Oklahoma City, OK 73118
10543013      Capital One Auto Finance, a division of Capital On      4515 N. Santa Fe Ave. Dept. APS      Oklahoma City, OK 73118
10542866      Capital One N.A.      by AIS InfoSource LP as agent      PO Box 71083      Charlotte, NC 28272−1083
10543050      Eric Zhu      6312 Beach Front Road      Queens, NY 11692
10531832      JPMorgan Chase Bank, N.A.      s/b/m/t Chase Bank USA, N.A.      c/o National Bankruptcy Services, LLC      P.O. Box 9013      Addison, Texas 75001
10522551      NSL Special Assets LLC      c/o MARGOLIN, WEINREB & NIERER, LLP      575 Underhill Boulevard, Suite 224      Syosset, New York 11791
10508455      NSL Special Assets LLC      c/o Margolin, Weinreb      165 Eileen Way      Suite 101      Syosset, NY 11791
10541965      NSL Special Assets LLC      c/o Margolin, Weinreb & Nierer, LLP      575 Underhill Boulevard, Suite 224      Syosset, New York 11791
10536187      New Jersey Turnpike Authority      Ramon de la Cruz, NJ Turnpike Authority      1 Turnpike Plaza, P.O Box 5042      Woodbridge, NJ 07095
10536063      Portfolio Recovery Associates, LLC      c/o CREDIT ASSET SALES LLC      POB 41067      Norfolk, VA 23541
10541293      Portfolio Recovery Associates, LLC      c/o Capital One, N.a.      POB 41067      Norfolk VA 23541
10541991      Shopno 1, LLC      David M. Pohl, Esq.      Parker Pohl LLP      99 Park Avenue, Suite 1510      New York, NY 10016
10543049      The Weinreb Law Firm, PLLC      Attn.: Elan E. Weinreb, Esq.      1225 Franklin Avenue      Suite 325      Garden City, NY 11530−1693
10508456      Wells Fargo Auto Finance      2501 Seaport Drive      Suite BH300      Chester, PA 19013
10523196      Wells Fargo Bank N.A., d/b/a Wells Fargo Auto      PO Box 169005      Irving, TX 75016

TOTAL: 19