United States Bankruptcy Court
Eastern District of New York

In re:     Case No. 25-42346-nhl
Misba Abdin     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0207-1     User: admin     Page 1 of 2
Date Rcvd: Sep 04, 2025     Form ID: 227     Total Noticed: 18

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Misba Abdin, 8910 158th Avenue, Howard Beach, NY 11414-3106 |
| 10543050 | + | Eric Zhu, 6312 Beach Front Road, Queens, NY 11692-1292 |
| 10522551 | + | NSL Special Assets LLC, c/o MARGOLIN, WEINREB & NIERER, LLP, 575 Underhill Boulevard, Suite 224, Syosset, New York 11791-3416 |
| 10508455 | + | NSL Special Assets LLC, c/o Margolin, Weinreb, 165 Eileen Way, Suite 101, Syosset, NY 11791-5324 |
| 10541991 | + | Shopno 1, LLC, David M. Pohl, Esq., Parker Pohl LLP, 99 Park Avenue, Suite 1510, New York, NY 10016-1612 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion02.br.ecf@usdoj.gov | Sep 04 2025 18:20:00 | Office of the United States Trustee, Eastern District of NY (Brooklyn), Alexander Hamilton Custom House, One Bowling Green, Room 510, New York, NY 10004-1415 |
| 10515785 | | EDI: BANKAMER | Sep 04 2025 22:14:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 10508454 | + | EDI: CAPONEAUTO.COM | Sep 04 2025 22:14:00 | Capital One Auto Finance, P.O. Box 93016, Long Beach, CA 90809-3016 |
| 10513121 | + | EDI: AISACG.COM | Sep 04 2025 22:14:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 10543013 | + | EDI: AISACG.COM | Sep 04 2025 22:14:00 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 10542866 | | EDI: CAPITALONE.COM | Sep 04 2025 22:14:00 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 10531832 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Sep 04 2025 18:20:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 10536187 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Sep 05 2025 12:17:42 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 10536063 | | EDI: PRA.COM | Sep 04 2025 22:14:00 | Portfolio Recovery Associates, LLC, c/o CREDIT ASSET SALES LLC, POB 41067, Norfolk, VA 23541 |
| 10541293 | | EDI: PRA.COM | Sep 04 2025 22:14:00 | Portfolio Recovery Associates, LLC, c/o Capital One, N.a., POB 41067, Norfolk VA 23541 |
| 10543049 | | Email/Text: eweinreb@weinreblaw.com | Sep 04 2025 18:20:00 | The Weinreb Law Firm, PLLC, Attn.: Elan E. Weinreb, Esq., 1225 Franklin Avenue, Suite 325, Garden City, NY 11530-1693 |
| 10508456 | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Sep 05 2025 01:18:04 | Wells Fargo Auto Finance, 2501 Seaport Drive, Suite BH300, Chester, PA 19013-2241 |

Case 1-25-42346-nhl    Doc 18    Filed 09/06/25    Entered 09/07/25 00:12:10

| District/off: 0207-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 04, 2025 | Form ID: 227 | Total Noticed: 18 |

| 10523196 | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Sep 05 2025 01:18:05 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, Irving, TX 75016-9005 |

TOTAL: 13

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 10541965 | *+ | NSL Special Assets LLC, c/o Margolin, Weinreb & Nierer, LLP, 575 Underhill Boulevard, Suite 224, Syosset, New York 11791-3416 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2025          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam C Gomerman | on behalf of Debtor Misba Abdin adam@longislandlaws.com gomermanar41943@notify.bestcase.com |
| Andrew David Goldberg | on behalf of Creditor NSL Special Assets LLC andrew@nyfclaw.com amelia@nyfclaw.com |
| David J Broderick | on behalf of Debtor Misba Abdin brodericklegal@gmail.com |
| Krista M Preuss | info@ch13edny.com trusteeNYEB47@ecf.epiqsystems.com |
| Office of the United States Trustee | USTPRegion02.BR.ECF@usdoj.gov |

TOTAL: 5

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Misba Abdin<br>First Name   Middle Name   Last Name | Social Security number or ITIN:  xxx−xx−2048<br>EIN: _ _ − _ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _ − _ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Eastern District of New York | Date case filed for chapter:  13   5/15/25 |
| Case number: | 1−25−42346−nhl | |

# NOTICE OF DISMISSAL OF CASE

**NOTICE IS HEREBY GIVEN THAT:**

The above−named debtor(s) having filed a Chapter 13 petition in bankruptcy on May 15, 2025, and an order having been signed by the Honorable Nancy Hershey Lord, United States Bankruptcy Judge, on September 3, 2025 for the dismissal of said petition.

You are notified that the petition of the above−named debtor(s) has been dismissed.

Notice is further given that if there are any outstanding filing fees due, they must be paid in full to the Clerk of Court upon receipt of this notice.

Dated: September 4, 2025

For the Court, Paul Dickson, Clerk of Court

**BLnod.jsp** [Notice of Dismissal rev. 03/07/17]