| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | **Misba Abdin** | Social Security number or ITIN: xxx−xx−2048 |
| | First Name   Middle Name   Last Name | EIN: _ _−_ _ _ _ _ _ _ |
| Debtor 2: (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Eastern District of New York | Date case filed for chapter: 13   5/15/25 |
| Case number: | 1−25−42346−nhl | |

# ORDER TO CLOSE DISMISSED CASE

The above−captioned case was dismissed by order dated September 3, 2025

**IT IS ORDERED THAT:**

    Krista M Preuss (Trustee) is discharged as trustee of the estate of the above−named debtor(s) and the bond is cancelled.

The Chapter 13 case of the above−named debtor(s) is closed.

s/ Nancy Hershey Lord<br>United States Bankruptcy Judge

Dated: December 17, 2025

**Goclosdsmcs** [Order to Close Dismissed Case rev. 07/21/03]