# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 12/17/2025 |
| Case: 1−25−42346−nhl | Form ID: 200 | Total: 5 |

**Recipients of Notice of Electronic Filing:**
tr      Krista M Preuss      info@ch13edny.com
aty      Adam C Gomerman      adam@longislandlaws.com
aty      David J Broderick      brodericklegal@gmail.com

                                                                                                                                      TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Misba Abdin      8910 158th Avenue      Howard Beach, NY 11414
smg      Office of the United States Trustee      Eastern District of NY (Brooklyn)      Alexander Hamilton Custom House      One Bowling Green, Room 510      New York, NY 10004−1408

                                                                                                                                      TOTAL: 2